IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:15-CR-155 (RNC) |
| | : | |
| v. | : | |
| | : | |
| ROSS SHAPIRO, et al. | : | SEPTEMBER 10, 2015 |

## MOTION TO ADMIT GUY PETRILLO *PRO HAC VICE*

Pursuant to Rule 83.1(d)(1) of this Court, United States District Court for the District of Connecticut, the undersigned, a member of the Bar of this Court, respectfully moves for the *pro hac vice* admission of:

Guy Petrillo
PETRILLO KLEIN & BOXER LLP
655 Third Avenue, 22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
Facsimile: (212) 370-0391
Email: gpetrillo@pkbllp.com

before this Court in the above-captioned matter to appear on behalf of Defendant Ross Shapiro. This Motion is supported by the declaration of Attorney Petrillo, attached hereto as Exhibit 1 containing the representations required by Local Rule 83.1(d)(1). In further support of this motion, the undersigned represents as follows:

1.      As set forth in his declaration attached hereto as Exhibit 1, Attorney Petrillo has designated the undersigned, Thomas V. Daily, a member of the Bar of this Court and the Attorney sponsoring his application to be admitted as a visiting attorney, as his agent for service

of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission before this Court in the above-entitled action.

2. Mr. Petrillo is a member in good standing of the bars of the State of New York (bar number 2127348); United States Supreme Court; U.S. Court of Appeals, Second Circuit; U.S. District Court for the Southern District of New York (bar number GP5891); and U.S. District Court for the Eastern District of New York (bar number GP 5891).

3. Mr. Petrillo has not been denied admission by this Court or any other court;

4. Mr. Petrillo has fully reviewed and is familiar with the Local Rules of the United States District Court for the District of Connecticut, the Federal Rules of Civil and Criminal Procedure and the Connecticut Rules of Professional Conduct.

5. A Certificate of Good Standing from the Bar of the State of New York will promptly be filed following Attorney Petrillo's admission pursuant to Local Rule 83.1(d)(4).

6. A fee of $75.00 has been paid to the Clerk of the Court in accordance with Local Rule 83.1(d)(2).

7. The undersigned is Mr. Petrillo's sponsoring attorney and should be designated as his agent for service of process.

8. The District of Connecticut is designated as the forum to resolve any dispute; and

9. Mr. Petrillo's declaration identifies the bar of each court of which he has ever been a member with his corresponding bar number (to the extent the Court assigns such a number).

WHEREFORE, the undersigned hereby moves for the *pro hac vice* admission of Attorney Guy Petrillo to represent Mr. Ross Shapiro in the above-captioned matter.

Respectfully submitted,

/s/ Thomas V. Daily
Thomas V. Daily (ct03467)
REID AND RIEGE, P.C.
One Financial Plaza, 21st Floor
Hartford, Connecticut 06103
Phone: (860) 278-1150
Fax: (860) 240-1002
tdaily@rrlawpc.com
**Counsel for Defendant Ross Shapiro**

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2015, a copy of the foregoing document was hand-delivered to all parties appearing at the Arraignment in the above-captioned matter on September 10, 2015.  At the direction of the Court, a copy of the foregoing document will be filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of electronic filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Thomas V. Daily
Thomas V. Daily

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : Case No. 3:15-CR-155 (RNC) |
| v. | : |
| ROSS SHAPIRO, et al. | : SEPTEMBER 10, 2015 |

### DECLARATION OF GUY PETRILLO

I, Guy Petrillo, do state as follows:

1. My name is Guy Petrillo. I am over the age of twenty-one (21) and am fully competent to make this Affidavit. I have never been convicted of a felony. The statements contained herein are true and correct and are within my personal knowledge.

2. I am an attorney with the law firm of PETRILLO KLEIN & BOXER LLP, in its office located in New York, New York. My contact information is as follows:

Guy Petrillo
PETRILLO KLEIN & BOXER LLP
655 Third Avenue, 22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
Facsimile: (212) 370-0391
Email: gpetrillo@pkbllp.com

3. I am admitted to practice law in the courts and jurisdictions identified below:

4. 

**State Courts:**

New York (bar number 2127348)

**Federal Courts:**

United States Supreme Court
U.S. Court of Appeals, Second Circuit
U.S. District Court for the Southern District of New York (bar number GP5891)
U.S. District Court for the Eastern District of New York (bar number GP5891)

5. There are no pending disciplinary complaints against me as to which a finding has been made that such complaint should proceed to a hearing.

6. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Connecticut.

8. I hereby designate Thomas V. Daily as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission. Mr. Daily's contact information is as follows:

> Thomas V. Daily
> REID AND RIEGE, P.C.
> One Financial Plaza, 21st Floor
> Hartford, Connecticut 06103
> Phone: (860) 278-1150
> Fax: (860) 240-1002
> tdaily@rrlawpc.com

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on September 10, 2015.

/s/ Guy Petrillo
Guy Petrillo

EMH474399                              2