**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____

| | |
|---|---|
| | ) |
| **UNITED STATES OF AMERICA** | )  **CRIM NO. 3:15-CR-155 (RNC)** |
| | ) |
| **v.** | ) |
| | ) |
| **ROSS SHAPIRO, MICHAEL GRAMINS,** | ) |
| **AND TYLER PETERS** | )  **September 22, 2015** |
| | ) |

_____

## NOTICE OF APPEARANCE

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Tyler Peters.

Date:     September 22, 2015

/s/ Brett D. Jaffe
Brett D. Jaffe
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: Brett.Jaffe@alston.com