UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIM NO. 3:15-CR-155 (RNC) |
| ) | |
| v. ) | |
| ) | |
| ROSS SHAPIRO, MICHAEL GRAMINS, ) | |
| AND TYLER PETERS ) | September 22, 2015 |
| ) | |

## NOTICE OF APPEARANCE

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Tyler Peters.

Date:  September 22, 2015

/s/ Craig Carpenito
Craig Carpenito
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: Craig.Carpenito@alston.com