UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA        :
:
:
:
          v.                     :     No. 15-cr-00155 (RNC)
:
ROSS SHAPIRO,                   :     ECF Case
MICHAEL GRAMINS and             :
TYLER PETERS                    :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

To:    The clerk of court and all parties of record

      I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Ross Shapiro.

Dated: New York, New York
       September 25, 2015

                              /s/ Guy Petrillo
                            Guy Petrillo (CT19924)
                            PETRILLO KLEIN & BOXER LLP
                            655 Third Avenue, 22nd Floor
                            New York, New York 10017
                            Telephone: (212) 370-0330 (main)
                            Facsimile:  (212) 370-0391
                            gpetrillo@pkbllp.com

**CERTIFICATION OF SERVICE**

I hereby certify that on September 25, 2015, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
September 25, 2015

    /s/ Guy Petrillo
Guy Petrillo (CT19924)
655 Third Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 370-0330
Facsimile: (212) 370-0391
gpetrillo@pkbllp.com

2