UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA                          :
:
:
v.                             :    No. 15-cr-00155 (RNC)
:
ROSS SHAPIRO,                                    :    ECF Case
MICHAEL GRAMINS and                              :
TYLER PETERS                                     :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANTS' MOTION FOR AMENDMENT OF PRE-TRIAL MOTION SCHEDULE**

Defendants Michael Gramins, Tyler Peters and Ross Shapiro jointly hereby respectfully move the Court to amend the pre-trial motion schedule in this case. In support of this motion, defendants represent the following:

1. Defendants were arraigned on the indictment before Magistrate Judge Donna F. Martinez on September 10, 2015, and are currently scheduled to appear before this Court for a pre-trial conference on October 7, 2015 at 10:00 AM (Dkt. 24).

2. Citing the District Court's Standing Order on Discovery, Magistrate Judge Martinez, on September 10, 2015, set the following pre-trial schedule by Scheduling Order (Dkt. 23): defense motions by October 1, 2015; the Government's responsive brief(s) by October 8, 2015; proposed voir dire questions and proposed jury instructions by November 3, 2015; and jury selection commencing on November 10, 2015.

3. Counsel for defendants and the U.S. Attorney's Office have conferred and are in agreement that the current schedule is not suitable given the nature and complexity of the case, the volume of document discovery and the parties' expectations concerning

the time needed to review discovery and consider and file pre-trial motions. Counsel for all parties are presently in discussions concerning an alternative proposed pre-trial schedule for submission to the Court.

4. Accordingly, with the consent of Assistant United States Attorneys Liam Brennan and Heather Cherry, on behalf of the United States, undersigned counsel respectfully request that the Court suspend the current pre-trial deadlines under the Standing Order on Discovery and the Scheduling Order of September 10, 2015, and grant the parties leave to submit a proposed pre-trial scheduling order to the Court on consent on or before October 7, 2015, or to the extent the parties have not agreed on a schedule, their respective alternative proposed scheduling orders.

5. This is the first motion concerning the pre-trial calendar filed by defendants.

WHEREFORE, defendants respectfully request that the Court suspend the dates set forth in the Scheduling Order and permit the parties to confer and present to the Court on or before October 7, 2015, a proposed alternative scheduling order on consent or, if a joint proposal has not been negotiated by that date, to submit alternative proposed scheduling orders for the Court's consideration.

Respectfully submitted,

PETRILLO KLEIN & BOXER LLP

By:  /s/ Guy Petrillo
Guy Petrillo (CT19924)
655 Third Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 370-0330
Facsimile: (212) 370-0391
gpetrillo@pkbllp.com
*Attorneys for Ross Shapiro*

2

3

      ALSTON & BIRD LLP

      By:  /s/ Brett D. Jaffe
      Brett D. Jaffe (PHV07701)
      90 Park Avenue
      15th Floor
      New York, NY 10016-1387
      Telephone: (212) 210-9400
      Facsimile: (212) 210-9444
      Brett.Jaffe@alston.com
      *Attorneys for Tyler Peters*


      BRACEWELL & GIULIANI LLP

      By:  /s/ Marc L. Mukasey
      Marc L. Mukasey (PHV07694)
      1251 Avenue of the Americas
      49th Floor
      New York, NY 10020-1100
      Telephone: (212) 508-6100
      Facsimile: (212) 508-6101
      Marc.Mukasey@bgllp.com
      *Attorneys for Michael Gramins*

**CERTIFICATION OF SERVICE**

I hereby certify that on September 25, 2015, a copy of foregoing Motion for Amendment of Pre-Trial Motion Schedule was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
       September 25, 2015

                                         /s/ Leonid Sandlar
                                         Leonid Sandlar (PHV07700)
                                         655 Third Avenue, 22nd Floor
                                         New York, New York 10017
                                         Telephone: (212) 370-0330
                                         Facsimile: (212) 370-0391
                                         lsandlar@pkbllp.com