UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                         :

UNITED STATES OF AMERICA       :

                            v.                         :      No. 15-cr-00155 (RNC)

ROSS SHAPIRO,                    :      ECF Case
MICHAEL GRAMINS and
TYLER PETERS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

To:    The clerk of court and all parties of record

      I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Ross Shapiro.

Dated: New York, New York
       October 6, 2015

                                             /s/ Joshua Klein

                                            Joshua Klein (PHV07748)
                                            PETRILLO KLEIN & BOXER LLP
                                            655 Third Avenue, 22nd Floor
                                            New York, New York 10017
                                            Telephone: (212) 370-0330 (main)
                                            Facsimile:  (212) 370-0391
                                            jklein@pkbllp.com

## CERTIFICATION OF SERVICE

I hereby certify that on October 6, 2015, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
October 6, 2015

    /s/ Joshua Klein
Joshua Klein (PHV07748)
655 Third Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 370-0330
Facsimile: (212) 370-0391
jklein@pkbllp.com