# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>ROSS SHAPIRO, MICHAEL GRAMINS, AND TYLER PETERS | Case No. 3:15-CR-155 (RNC)<br><br>**NOTICE OF APPEARANCE** |

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Michael Gramins.

Dated: New York, New York
October 7, 2015

                                      Respectfully submitted,

                                      BRACEWELL & GIULIANI LLP

                                      By:   /s/ Marc L Mukasey
                                            Marc L. Mukasey

                                            1251 Avenue of the Americas
                                            49th Floor
                                            New York, New York 10020-1104
                                            Tel: (212) 508-6100
                                            Fax: (212) 508-6101
                                            Email: marc.mukasey@bgllp.com

                                        *Attorneys for Michael Gramins*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 7, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/ Marc L. Mukasey
      Marc L. Mukasey