# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>ROSS SHAPIRO, MICHAEL GRAMINS, and TYLER PETERS | Case No. 3:15-CR-155 (RNC)<br><br>**NOTICE OF APPEARANCE** |

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Michael Gramins.

Dated: New York, New York
October 7, 2015

Respectfully submitted,

BRACEWELL & GIULIANI LLP

By:   /s/ Philip J. Bezanson
   Philip J. Bezanson (PHV 07729)

   1251 Avenue of the Americas
   49th Floor
   New York, New York 10020-1104
   Tel: (212) 508-6100
   Fax: (212) 508-6101
   Email: philip.bezanson@bgllp.com

   *Attorneys for Michael Gramins*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 7, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                       /s/ Philip J. Bezanson
                                          Philip J. Bezanson