UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:15CR155 (RNC) |
| | : | |
| v. | : | |
| | : | |
| ROSS SHAPIRO, | : | October 17, 2015 |
| MICHAEL GRAMINS and | : | |
| TYLER PETERS | : | |
| | : | |

## UNOPPOSED MOTION TO ADOPT PROPOSED TRIAL SCHEDULE

In accordance with the pretrial conference held on October 7, 2015, the Government and defense counsel have conferred regarding filing dates for pretrial motions and motions *in limine*. The Government, with consent of defense counsel, respectfully proposes the following schedule in the above-captioned case.

| | |
|---|---|
| Defendants' discovery | November 6, 2015 |
| Pretrial motions | January 22, 2016 |
| Government's response to pretrial motions | February 12, 2016 |
| Defendants' reply to Government's response to pretrial motions | February 23, 2016 |
| Oral argument on pretrial motions | Week of March 7, 2016 or as scheduled by the Court |
| Expert notice and summaries | May 6, 2016 |
| 404(b) notice, if any | May 6, 2016 |
| Party witness lists, exhibit lists, *Jencks* and reverse-*Jencks* material | May 13, 2016 |
| Motions *in limine* | June 17, 2016 |

| | |
|---|---|
| Responses to motions *in limine* | July 8, 2016 |
| Replies to responses to motions *in limine* | July 20, 2016 |
| Oral argument concerning motions *in limine* | Week of August 1, 2016 or as scheduled by the Court |
| Proposed *voir dire* | September 9, 2016 |
| Proposed jury instructions | September 9, 2016 |
| Pretrial conference | September 16, 2016 |
| Jury selection | October 18, 2016 |
| Trial | As scheduled by the Court. |

The parties also respectfully request that the Court exclude time under the Speedy Trial Act until the trial date, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

HEATHER L. CHERRY
LIAM BRENNAN
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. phv07037

U.S. Attorney's Office
157 Church Street
New Haven, CT 06510
(203) 821-3719
heather.cherry@usdoj.gov

2

## CERTIFICATE OF SERVICE

      I hereby certify that on October 17, 2015, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                                               __/s/_____
                                                             HEATHER CHERRY
                                                             ASSISTANT UNITED STATES ATTORNEY