AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:15cr155 (RNC) |
| | ) | |
| Ross Shapiro | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ross Shapiro

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, U.S.C. Section 371 - Conspiracy to Commit Offenses Against the United States
Title 15, U.S.C. Section 78j(b) & 78ff; Title 17 C.F.R., Sections 240.10b-5 - Securities Fraud
Title 18, U.S.C. Section 1343 - Wire Fraud

Date:   09/03/2015

*Issuing officer's signature*

City and state:   New Haven, Connecticut

Francesca Anastasio, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 9/3/15, and the person was arrested on *(date)* 9/10/15
at *(city and state)* HARTFORD, CT

Date: 10/23/15

*Arresting officer's signature*

MICHAEL NOVAK  USM WARRANT COORD.
*Printed name and title*