# EXHIBIT A



**U.S. Department of Justice**

*United States Attorney*
*District of Connecticut*

*Connecticut Financial Center*
*157 Church Street, Floor 23*
*New Haven, Connecticut 06510*

*(203) 821-3700*
*Fax (203) 773-5376*
*www.justice.gov/usao/ct*

September 16, 2015

***Via Email***

Guy Petrillo
Petrillo Klein & Boxer LLP
655 Third Avenue, 22nd Floor
New York, NY 10017
*(Counsel for Defendant Ross Shapiro)*

Marc Mukasey
Bracewell & Giuliani LLP
1251 Avenue of the Americas, 49th Floor
New York, NY 10020-1100
*(Counsel for Defendant Michael Gramins)*

Brett D. Jaffe
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
*(Counsel for Defendant Tyler Peters)*

**Re: *United States v. Ross Shapiro, et al.***
**Case No.: 3:15CR155(RNC)**

Dear Counsel:

Pursuant to the Court's order, please inform your clients not to have any contact with the following victims and witnesses or any representatives or employees of the following victim entities:

| Caleb Chao |
|---|
| Frank Dinucci |
| Alejandro Feely |
| John Fleisher |
| Kee Chan |
| James Im |
| Charles Spero |
| Conor O'Collaghan |
| Michael Romanelli |
| Eric Horowittz |
| Christy Paluf |
| Thomas Hawkins |
| Jonathan Raif |
| Nadine Cancel |
| Jeremy Shean |

| Gordon Sweely |
|---|
| Michael McGivney |
| Jonathan Margolis |
| Eddie Burton |
| Christopher Del Col |
| Chelsea Andrews |
| Michael Murray |
| Jonathan Sebiri |
| Brendan McNamara |
| John Denning |
| Amit Rametra |
| Matthew Braund |
| Michael Jones |
| Andrew Healy |
| Patricia Sullivan |
| Jonathan Grave |
| Jake Davis |
| Special Agent Lynn Allen, DOL |
| Special Agent Joseph Della Penna, FHFA-OIG |
| Special Agent James O'Connor, SIGTARP |
| Special Agent Jason Breen, FBI |
| 400 Capital Management |
| Aberdeen Asset Management Inc |
| Alliance Bernstein LP |
| Angel Oak Capital |
| Angelo, Gordon & Co. |
| Athene Asset Management, LLC |
| Axonic Capital |
| Beal Bank (CSG Investments, Inc.) |
| BHR Capital LLC |
| Blackrock - Barclays Global Investors (BGI) |
| Bracebridge Capital |
| Brookfield Asset Management |
| BTG Pactual Asset Management |
| C12 Capital Management |
| Candlewood Investment Group LP |
| Canyon Capital Advisors |
| Citadel LLC |
| Deutsche Bank AG |
| DW Partners, LP |

| EBF & Associates |
| --- |
| Ellington Financial, LLC |
| Fir Tree Partners |
| Fischer, Francis, Trees & Watts, Inc (FFTW) |
| Fortress Investment Group |
| Goldman Sachs Asset Management |
| Halcyon Asset Management |
| The Hartford Financial Services Group (HIMCO) |
| Libremax Capital LLC |
| Magnetar Capital |
| Marathon Asset Management |
| Mariner Investment Group, LLC |
| MFA Financial, Inc |
| MKP Capital |
| Monarch Alternative Capital |
| Morgan Stanley & Co. LLC |
| Nomura Securities International |
| Oak Hill Capital Partners |
| Odeon Capital Group LLC |
| One William Street Capital Management, LP |
| Och-Ziff Capital Management Group, LLC |
| Permit Capital Advisors, LLC |
| PIMCO, LLC |
| Pine River Capital Management |
| PPM America Capital Partners |
| Prophet Capital Asset Management |
| Prudential Capital Group |
| Putnam Investment Management, LLC |
| QVT Financial LP |
| Royal Bank of Canada (RBC) |
| Saye Capital Management |
| Soros Fund Management |
| Stark Investments (Stark & Roth LLC) |
| STIFEL Financial Corp. |
| Strategos Capital Management |
| The TCW Group, Inc. |
| Third Point LLC |
| Tilden Park Capital Mangement LLP |
| UBS |
| Utendahl Capital Management (UCM) |

| Varde Partners Inc |
|---|
| Western Asset Management Company (WAMCO) |
| Wellington Management Company |
| Zais Group LLC |

Thank you for your attention to this matter. As always, should you have any questions, please do not hesitate to give either one of us a call.

Sincerely,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

LIAM B. BRENNAN
HEATHER L. CHERRY
ASSISTANT UNITED STATES ATTORNEYS