UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : 3:15 Cr. 155 (RNC) |
| v. | : |
| | : **ORDER** |
| ROSS SHAPIRO, | : |
| MICHAEL GRAMINS and | : |
| TYLER PETERS | : |
| | : |
| Defendants. | : |

**IT IS HEREBY ORDERED** that the bail condition, entered on September 11, 2015, that requires the defendants, absent permission from the Government, to "avoid all contact, directly or indirectly," with all individuals and employees of institutions identified on the No Contact List, such condition is modified as follows:

1. The defendants are hereby restricted from contacting the thirty-six individuals named on the No Contact List, and any individuals the Government identifies in the future as alleged victims or potential witness;

2. The defendants are otherwise free to engage in social contact with all other employees of the institutions named on the No Contact List without seeking pre-clearance from the Government so long as they do not discuss this matter;

3. Furthermore, if the defendants have contact with the thirty-six potential witnesses on the No Contact List that is fleeting and superficial (for example, an unplanned, very brief encounter in a public setting like a holiday party or an athletic field), where mere social niceties are exchanged, and this matter is not discussed, such conduct will not be deemed a violation of the condition that they "avoid contact" with such listed persons.

SO ORDERED this __ day of December 2015

_____
HONORABLE ROBERT N. CHATIGNY
United States District Judge