UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ROSS SHAPIRO, MICHAEL GRAMINS,<br>AND TYLER PETERS. | CRIM NO. 3:15-CR-155 (RNC)<br><br><br>January 20, 2016 |

**CONSENTED TO MOTION TO ADOPT REVISED BRIEFING SCHEDULE**

Defendants, by their undersigned counsel, respectfully file this contented-to motion seeking an extension of the current schedule for the briefing of pretrial motions. In support of this motion, Defendants note the following:

1. On October 21, 2015, the Government, with the consent of defense counsel, submitted a proposed schedule for pretrial motions.

2. The Court granted that motion on October 22, 2015.

3. Defendants respectfully request that the Court adopt the following revised schedule for briefing of pretrial motions:

| | |
|---|---|
| Deadline to File Pretrial Motions | January 29, 2016 |
| Government's Response to Pretrial Motions | February 26, 2016 |
| Defendants' Reply to Government's<br>Response to Pretrial Motions | March 18, 2016 |

4. The undersigned represent that, as required by Local Rule 7(b)(3), they have inquired of AUSAS Liam Brennan and Heather Cherry, who indicated that the Government consents to the granting of this motion.

5. This is Defendants' first motion seeking an extension of this deadline.

WHEREFORE, Defendants respectfully move the Court for an Order adopting the revised schedule for briefing of pretrial motions.

Respectfully submitted,

**ALSTON & BIRD LLP**

By: */s/ Brett D. Jaffe*
Brett D. Jaffe (Admitted *Pro Hac Vice*)
90 Park Avenue
New York, NY  10016
Telephone: (212) 210-9493
Facsimile:  (212) 210-9444
brett.jaffe@alston.com

*Counsel for Defendant Tyler Peters*

Marc L. Mukasey
Greenberg Traurig LLP
*Counsel for Defendant Michael Gramins*

Guy Petrillo
Petrillo Klein & Boxer LLP
*Counsel for Defendant Ross Shapiro*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 20, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                              /s/ *Brett D. Jaffe*
                              Brett D. Jaffe