# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>ROSS SHAPIRO, MICHAEL GRAMINS, and TYLER PETERS | Case No. 3:15-CR-155 (RNC) |

## MOTION TO WITHDRAW AS ATTORNEY

Pursuant to Local Rule 7(e), Philp J. Bezanson hereby moves to withdraw his appearance for defendant Michael Gramins in the above matter.  Attorney Marc L. Mukasey will continue to serve as counsel for defendant.  In accordance with the Local Rules, a copy of this Motion was served on Michael Gramins by certified mail, return receipt requested.

WHEREFORE, for the reason set forth above, counsel respectfully moves this Court to grant this Motion to Withdraw as counsel for the Defendant.

Dated: New York, New York
       January 26, 2016

                                    Respectfully submitted,
                                    BRACEWELL & GIULIANI LLP

                                    By:   /s/ Philip J. Bezanson
                                         Philip J. Bezanson (PHV 07729)

                                         1251 Avenue of the Americas
                                         49th Floor
                                         New York, New York 10020-1104
                                         Tel: (212) 508-6100
                                         Fax: (212) 508-6101
                                         Email: philip.bezanson@bracewelllaw.com

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on the 26 day of January, 2016, a copy of the foregoing Motion was filed electronically and served by certified mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ Philip J. Bezanson