# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    -against-<br><br>ROSS SHAPIRO, MICHAEL GRAMINS, and TYLER PETERS | Case No. 3:15-CR-155 (RNC) |

## MOTION TO WITHDRAW AS ATTORNEY

Pursuant to Local Rule 7(e), Gregory W. Nye hereby moves to withdraw his appearance for defendant Michael Gramins in the above matter.  Attorney Marc L. Mukasey will continue to serve as counsel for defendant.  In accordance with the Local Rules, a copy of this Motion was served on Michael Gramins by certified mail, return receipt requested.

WHEREFORE, for the reason set forth above, counsel respectfully moves this Court to grant this Motion to Withdraw as counsel for the Defendant.

Dated: New York, New York
       January 26, 2016

                                    Respectfully submitted,
                                    BRACEWELL & GIULIANI LLP

                                    By:   /s/ Gregory W. Nye
                                        Gregory W. Nye (ct06028)
                                        185 Asylum Street, City Place I, 34th Floor
                                        Hartford, CT 06103
                                        Tel: (860) 256-8533
                                        Fax: (800) 404-3470
                                        Email: greg.nye@bracewelllaw.com

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on the 26 day of January, 2016, a copy of the foregoing Motion was filed electronically and served by certified mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gregory W. Nye