# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | No. 15-cr-00155 (RNC) |
| | : | |
| ROSS SHAPIRO, | : | |
| MICHAEL GRAMINS and | : | |
| TYLER PETERS | : | |
| | : | JANUARY 29, 2016 |
| | : | |

## DEFENDANTS' JOINT MOTIONS TO DISMISS AND FOR A BILL OF PARTICULARS

Defendants Ross Shapiro, Michael Gramins and Tyler Peters respectfully move for an order to:

1. Dismiss the wire fraud object in Count One and the substantive wire fraud allegations in Counts Four through Ten of the Indictment pursuant to Fed. R. Crim. P. 12(b);

2. Dismiss the false statements object in Count One pursuant to Fed. R. Crim. P. 12(b) and strike from the Indictment Paragraph 25 and all other references to the United States Department of the Treasury's Legacy Securities Public-Private Investment Program;

3. Direct the government promptly to issue a bill of particulars, pursuant to Fed. R. Crim. P. 7(f); and

4. Grant any other relief the Court deems just and proper.

WHEREFORE, for each of the foregoing reasons and those set forth in the accompanying Memorandum of Law, Messrs. Shapiro, Gramins, and Peters respectfully request that the Court grant their Joint Motions to Dismiss and for a Bill of Particulars.

**ORAL ARGUMENT REQUESTED**

Respectfully submitted,

PETRILLO KLEIN & BOXER LLP

By:  /s/ Guy Petrillo
Guy Petrillo (CT19924)
Josh Klein (PHV07748)
Leonid Sandlar (PHV07700)
655 Third Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 370-0330
Facsimile:   (212) 370-0391
gpetrillo@pkbllp.com
*Attorneys for Ross Shapiro*

ALSTON & BIRD LLP

By:  /s/ Brett D. Jaffe
Brett D. Jaffe (PHV07701)
Craig Carpenito (PHV0424)
Joseph G. Tully (PHV07702)
90 Park Avenue
15th Floor
New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile:  (212) 210-9444
Brett.Jaffe@alston.com
*Attorneys for Tyler Peters*

GREENBERG TAURIG LLP

By:  /s/ Marc L. Mukasey
Marc L. Mukasey (PHV07694)
Greenberg Traurig LLP
200 Park Avenue
New York, NY 10166
Telephone:  (212) 801-9200
Facsimile:   (212) 801-6400
mukaseym@gtlaw.com
*Attorneys for Michael Gramins*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2016 a copy of foregoing Joint Motions to Dismiss and for a Bill of Particulars was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
January 29, 2016

      /s/ Leonid Sandlar
Leonid Sandlar (PHV07700)
655 Third Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 370-0330
Facsimile: (212) 370-0391
lsandlar@pkbllp.com