UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>ROSS SHAPIRO, MICHAEL GRAMINS, AND TYLER PETERS. | ) <br> ) <br> )  CRIM NO. 3:15-CR-155 (RNC) <br> ) <br> ) <br> ) <br> )  January 29, 2016 <br> ) <br> ) <br> ) |

## DEFENDANT TYLER PETERS' MOTION TO SEVER

Defendant Tyler Peters respectfully moves this Court, pursuant to Rule 14(a) of the Federal Rules of Criminal Procedural, for a severance.  As explained in more detail in the attached Memorandum of Law in Support of Defendant Tyler Peters' Motion to Sever, the Court should order that Mr. Peters be tried separately because a joint trial would unfairly prejudice Mr. Peters by depriving him of the opportunity to adduce evidence critical to a key element of his defense.

WHEREFORE, for each of foregoing reasons and those set forth in the accompanying Memorandum of Law, Mr. Peters respectfully moves this Court to grant this Motion to Sever.

**ORAL ARGUMENT REQUESTED**

Dated: New York, New York
       January 29, 2016

        Respectfully submitted,

        **ALSTON & BIRD LLP**


        By:  */s/ Brett D. Jaffe*
            Brett D. Jaffe (PHV07701)
            Craig Carpenito (PHV0424)
            Joseph G. Tully (PHV07702)
            90 Park Avenue
            New York, NY  10016
            Telephone: (212) 210-9493
            Facsimile:  (212) 210-9444
            brett.jaffe@alston.com
            craig.carpenito@alston.com
            joe.tully@alston.com

        ***Counsel for Defendant Tyler Peters***

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January, 2016, a copy of the foregoing Motion was filed electronically and served by certified mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Brett D. Jaffe*
Brett D. Jaffe (PHV07701)