UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIM NO. 3:15-CR-155 (RNC) |
| ) | |
| v. ) | |
| ) | |
| ROSS SHAPIRO, MICHAEL GRAMINS, ) | |
| AND TYLER PETERS ) | MARCH 16, 2016 |
| ) | |

## MOTION TO ADMIT ALEX SPIRO *PRO HAC VICE*

Pursuant to Rule 83.1(d) of this Court, undersigned counsel for Defendant Tyler Peters hereby moves for the *pro hac vice* admission of Alex Spiro to represent Mr. Peters in the above-captioned matter. This Motion is supported by the accompanying Affidavit of Alex Spiro attached as Exhibit A:

1. The address and contact information for Mr. Spiro: Brafman & Associates, P.C., 767 Third Avenue, 26th Floor, New York, NY 10017; Telephone (212) 750-7800; email Aspiro@braflaw.com.

2. Mr. Spiro is a member in good standing of the bars of the State of New York, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

3. Mr. Spiro has not been denied admission by this Court or any other court;

4. Mr. Spiro has fully reviewed and is familiar with the Local Rules of the United States District Court for the District of Connecticut, the Federal Rules of Civil and Criminal Procedure and the Connecticut Rules of Professional Conduct.

5.  The undersigned is Mr. Spiro's sponsoring attorney and should be designated as his agent for service of process.

6.  Pursuant to Local Rule 83.1(d)(4), within 60 days of Mr. Spiro's admission as a visiting attorney, the undersigned will file with the Clerk of the Court a certificate of good standing from the bar of the state in which Mr. Spiro has his primary office.

7.  The District of Connecticut is designated as the forum to resolve any dispute.

8.  Mr. Spiro's Affidavit identifies the bar of each court of which he has ever been a member with his corresponding bar number (to the extent the court assigns such a number).

9.  Pursuant to Local Rule 83.1(e)(3), the fee of $75.00 will be paid with the filing of this motion.

WHEREFORE, counsel for Defendant Tyler Peters hereby moves for the *pro hac vice* admission of Alex Spiro to represent Mr. Peters in the above-captioned matter.

Respectfully submitted,

SPEARS MANNING LLC

By: */s/ Stephen V. Manning*
Stephen V. Manning (ct07224)
242 Trumbull Street, 6th Floor
Hartford, CT 06103
Telephone: (860) 275-0178
Facsimile: (203) 292-9682
smanning@spearsmanning.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2016, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of electronic filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Stephen V. Manning*
Stephen V. Manning