UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIM NO. 3:15-CR-155 (RNC) |
| ) | |
| v. ) | |
| ) | |
| ROSS SHAPIRO, MICHAEL GRAMINS, ) | |
| AND TYLER PETERS ) | March 16, 2016 |
| ) | |

### AFFIDAVIT OF ALEX SPIRO IN SUPPORT OF MOTION TO ADMIT

I, **ALEX SPIRO**, under penalty of perjury, do hereby affirm as follows:

1. I make this affidavit on personal knowledge.

2. I am an associate at the law firm of Brafman & Associates, P.C. My business contact information is: Brafman & Associates, P.C., 767 Third Avenue, 26th Floor, New York, New York 10017; Tel.: (212) 750-7800; Fax: (212) 750-3906; Email: Aspiro@braflaw.com.

3. I am a member in good standing of the bars of the State of New York (Bar Number 4656542), the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

4. There are no pending disciplinary complaints against me as to which a finding has been made that such complaint should proceed to a hearing.

5. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before this Court or any other court.

6. I have fully reviewed and am familiar with the Federal Rules of Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I hereby designate Stephen V. Manning as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 16, 2016
New York, New York

By: _____
Alex Spiro, Esq.
Brafman & Associates, P.C.,
767 Third Avenue, 26th Floor,
New York, New York 10017
Tel.: (212) 750-7800
Fax: (212) 750-3906
aspiro@braflaw.com