UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                          :

UNITED STATES OF AMERICA         :
                          :
                          :

           v.           :     No. 15-cr-00155 (RNC)
                          :

ROSS SHAPIRO,           :     ECF Case
MICHAEL GRAMINS and      :
TYLER PETERS            :
                          :
                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>NOTICE OF APPEARANCE</u>

To:    The clerk of court and all parties of record

       I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for Ross Shapiro.


Dated: New York, New York
       March 17, 2016


                                 /s/ Mirah Curzer

                               Mirah Curzer (PHV08047)
                               PETRILLO KLEIN & BOXER LLP
                               655 Third Avenue, 22nd Floor
                               New York, New York 10017
                               Telephone: (212) 370-0330 (main)
                               Facsimile:  (212) 370-0391
                               mcurzer@pkbllp.com

## <ins>CERTIFICATION OF SERVICE</ins>

I hereby certify that on March 17, 2016, a copy of foregoing Notice of Appearance was filed

electronically and served by mail on anyone unable to accept electronic filing.  Notice of this

filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or

by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic

Filing.  Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
       March 17, 2016

                                        /s/ Mirah Curzer
                                        Mirah Curzer (PHV08047)
                                        655 Third Avenue, 22nd Floor
                                        New York, New York 10017
                                        Telephone: (212) 370-0330
                                        Facsimile: (212) 370-0391
                                        mcurzer@pkbllp.com