Crim-Mot hrg (Dec-2008)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK Glynn, T.          RPTR/ECRO/TAPE Warner, D.

TOTAL TIME: 2 hours 11 minutes     USPO _____ INTERPRETER _____

DATE: 4/6/16     START TIME: 10:09     END TIME: 12:20

LUNCH RECESS  FROM: _____ TO: _____

RECESS (if more than ½ hr)  FROM: _____ TO: _____

CRIMINAL NO. 15cr155 RNC _____ Deft # 1 _____

UNITED STATES OF AMERICA

Liam Brennan/Heather Cherry

AUSA

vs

Ross Shapiro

Daily/Petrillo/Sandlar/Klein/Curzer

Defendant's Counsel ☐ CJA ☒ Retained ☐ PDA

## HEARING ON CRIMINAL MOTIONS

| | | | | | |
|---|---|---|---|---|---|
| ☒......# 110 | Deft Shapiro | Motion to dismiss | ☐ granted | ☐ denied | ☒ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft_____ oral motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft_____ oral motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft_____ oral motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Govt's oral motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Govt's oral motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐.............. | Brief(s) due _____ Response(s) due _____ | | Replies due _____ | | |
| ☐.............. | Bond ☐ set at $_____ ☐ reduced to $_____ | | ☐ Non-surety ☐ Surety ☐ PR | | |
| ☐.............. | Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified | | | | |
| ☐.............. | Defendant REMANDED to custody | | | | |
| ☐.............. | Competency Hearing ☐ held ☐ continued until _____ at _____ | | | | |
| ☐.............. | _____ hearing continued until _____ at _____ | | | | |
| ☐.............. | Court finds defendant _____ ☐ competent ☐ incompetent | | | | |
| ☐.............. | Court orders defendant _____ to undergo psychiatric evaluation | | | | |
| ☐.............. | Motion Hearing continued until _____ at _____ | | | | |
| ☐.............. | SEE PAGE II for additional entries | | | | |

## DOCUMENTS FILED IN OPEN COURT

☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____