Crim-Mot hrg (Dec-2008)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK Glynn, T.          RPTR/ECRO/TAPE Warner, D.

TOTAL TIME: 2 hours 11 minutes   USPO _____ INTERPRETER _____

DATE: 4/6/16   START TIME: 10:09   END TIME: 12:20

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CRIMINAL NO. 15cr155 RNC          Deft # 2

UNITED STATES OF AMERICA

vs

Michael Gramins

Liam Brennan/Heather Cherry

AUSA

Mukasey/Sklaroff/Frenchman

Defendant's Counsel ☐ CJA ☒ Retained ☐ PDA

## HEARING ON CRIMINAL MOTIONS

| | | | |
|---|---|---|---|
| ☒......# 110 | Deft Gramins | Motion to Dismiss | ☐granted ☐denied ☒advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Deft _____ oral motion | | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft _____ oral motion | | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft _____ oral motion | | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Govt's oral motion _____ | | ☐ granted ☐ denied ☐advisement |
| ☐......# ___ | Govt's oral motion _____ | | ☐ granted ☐ denied ☐advisement |

☐.............. Brief(s) due _____ Response(s) due _____ Replies due _____

☐.............. Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ PR

☐.............. Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified

☐.............. Defendant REMANDED to custody

☐.............. Competency Hearing ☐ held ☐ continued until _____ at _____

☐.............. _____ hearing continued until _____ at _____

☐.............. Court finds defendant _____ ☐ competent ☐ incompetent

☐.............. Court orders defendant _____ to undergo psychiatric evaluation

☐.............. Motion Hearing continued until _____ at _____

☐.............. SEE PAGE II for additional entries

## DOCUMENTS FILED IN OPEN COURT

☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____