Crim-Mot hrg (Dec-2008)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK Glynn, T.          RPTR/ECRO/TAPE Warner, D.

TOTAL TIME: 2 hours 11 minutes     USPO_____ INTERPRETER_____

DATE: 4/6/16      START TIME: 10:09      END TIME: 12:20

LUNCH RECESS   FROM: _____  TO: _____

RECESS (if more than ½ hr)   FROM: _____  TO: _____

CRIMINAL NO. 15cr155 RNC _____ Deft # 3 _____

UNITED STATES OF AMERICA

vs

Tyler Peters

Liam Brennan/Heather Cherry

AUSA

Jaffe/Tully

Defendant's Counsel ☐ CJA ☒ Retained ☐ PDA

## HEARING ON CRIMINAL MOTIONS

| | | | | | |
|---|---|---|---|---|---|
| ☒......# 110 | Deft Peters | Motion to Dismiss | ☐ granted | ☐ denied | ☒ advisement |
| ☒......# 112 | Deft Peters | Motion to Sever | ☐ granted | ☐ denied | ☒ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft_____ oral motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft_____ oral motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft_____ oral motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Govt's oral motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Govt's oral motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐............. | Brief(s) due _____ Response(s) due _____ | | Replies due _____ | | |
| ☐............. | Bond ☐ set at $_____ ☐ reduced to $_____ | | ☐ Non-surety ☐ Surety ☐ PR | | |
| ☐............. | Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified | | | | |
| ☐............. | Defendant REMANDED to custody | | | | |
| ☐............. | Competency Hearing ☐ held ☐ continued until _____ at _____ | | | | |
| ☐............. | _____ hearing continued until _____ at _____ | | | | |
| ☐............. | Court finds defendant _____ ☐ competent ☐ incompetent | | | | |
| ☐............. | Court orders defendant _____ to undergo psychiatric evaluation | | | | |
| ☐............. | Motion Hearing continued until _____ at _____ | | | | |
| ☐............. | SEE PAGE II for additional entries | | | | |

## DOCUMENTS FILED IN OPEN COURT

☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____