UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : S1 No. 15-cr-00155 (RNC) |
| ROSS SHAPIRO, MICHAEL GRAMINS and TYLER PETERS | : |
| | : JUNE 14, 2016 |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND CERTAIN DEADLINES**

Defendants Michael Gramins, Tyler Peters and Ross Shapiro hereby move to request relief from the June 13, 2016 deadline for the disclosure of expert witnesses set forth in this Court's May 20, 2016 Order and concomitantly move to adjust the dates by which motions *in limine* (as pertains to experts only) shall be submitted. No other changes to the existing scheduling order are herein requested, all other disclosures and *in limine* motions will be filed in accordance with the existing scheduling order, and the below proposal would not affect the date scheduled for commencement of trial.

The above request is made for the following reasons:

Defendants worked diligently to meet the June 13, 2016 deadline for expert witness disclosure, and Defendants disclosed two experts on the June 13 deadline. A third expert that Defendants had expected to disclose, however, informed Defendants on Friday, June 10, that he would no longer be available for trial. Defendants were unable to replace that individual by the June 13 deadline and have begun a search to locate another individual who can testify on the relevant category of expertise and request an additional two weeks' time in which to locate a new

1

expert witness.  Defense counsel have conferred with the Government regarding this motion, and the Government does not object to the requested relief.

Defendants accordingly request respectfully that Defendants have until June 27, 2016, to locate and disclose an additional expert witness; and that the deadline to submit motions *in limine* related to proposed experts be extended to July 22; that the deadline to submit responses to those motions *in limine* be extended to August 8; and that the deadline to submit replies be extended to August 19.  This proposed amended schedule leaves the remainder of the existing scheduling order and trial date in place while giving all parties ample time to adequately prepare.

Respectfully submitted,

PETRILLO KLEIN & BOXER LLP

By: /s/ Joshua Klein
Guy Petrillo (CT19924)
Joshua Klein (PHV07748)
655 Third Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 370-0330
Facsimile:  (212) 370-0391
*Attorneys for Ross Shapiro*

ALSTON & BIRD LLP

By: /s/ Brett D. Jaffe
Brett D. Jaffe (PHV07701)
90 Park Avenue
15th Floor
New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile:  (212) 210-9444
*Attorneys for Tyler Peters*

GREENBERG TAURIG LLP

By: /s/ Marc L. Mukasey
Marc L. Mukasey (PHV07694)
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
*Attorneys for Michael Gramins*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2016, a copy of the foregoing Unopposed Motion to Extend Certain Deadlines was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System

Date: New York, New York
      June 14, 2016

                        By: /s/ Brett D. Jaffe
                        ALSTON & BIRD LLP
                        Brett D. Jaffe (PHV07701)
                        90 Park Avenue
                        15th Floor
                        New York, NY 10016-1387
                        Telephone: (212) 210-9400
                        Facsimile: (212) 210-9444
                        *Attorneys for Tyler Peters*