UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIM NO. 3:15-CR-155 (RNC) |
| ) | |
| v. ) | |
| ) | |
| ROSS SHAPIRO, MICHAEL GRAMINS, ) | |
| AND TYLER PETERS ) | June 30, 2016 |
| ) | |

**DECLARATION OF DAVID WOHLSTADTER IN SUPPORT OF MOTION TO ADMIT**

I, **DAVID WOHLSTADTER**, under penalty of perjury, do hereby declare as follows:

1. I make this declaration on personal knowledge.

2. I am an associate at the law firm of Alston & Bird LLP. My business contact information is: Alston & Bird LLP, 90 Park Avenue, New York, New York 10016; Tel.: (212) 210-9400; Fax: (212) 210-9444; Email: david.wohlstadter@alston.com.

3. I am a member in good standing of the bars of the State of New York (Bar Number 5086517), the State of New Jersey (Bar Number 025992012), and the United States District Court for the District of New Jersey.

4. There are no pending disciplinary complaints against me as to which a finding has been made that such complaint should proceed to a hearing.

5. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before this Court or any other court.

6. I have fully reviewed and am familiar with the Federal Rules of Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7.      I hereby designate Stephen V. Manning as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2016.

Dated: June 30, 2016
New York, New York

By: _____
     David Wohlstadter, Esq.
     Alston & Bird, LLP,
     90 Park Avenue,
     New York, New York 10016
     Tel.: (212) 210-9500
     Fax: (212) 210-9444
     david.wohlstadter@alston.com