Criminal Std (6/13/2012)

HONORABLE: Robert N. Chatigny
DEPUTY CLERK: Glynn, T.    RPTR/ECRO/TAPE: Warner, Darlene
USPO: ____    INTERPRETER: ____

TOTAL TIME: ___ hours  41 minutes
DATE: Jul 1, 2016   START TIME: 10:09   END TIME: 10:50

## COURTROOM MINUTES

- ☐ IA-INITIAL APPEAR
- ☐ IA- RULE 5
- ☐ ARRAIGNMENT
- ☐ CONFLICT HRG
- ☐ BOND HRG
- ☐ DETENTION HRG
- ☐ PROBABLE CAUSE
- ☐ EVIDENTIARY HRG
- ☐ CHANGE OF PLEA
- ☐ WAIVER/PLEA HRG
- ☐ EXTRADITION HRG
- ☒ STATUS CONF  Telephone
- ☐ IN CAMERA HRG
- ☐ COMPETENCY HRG
- ☐ FORFEITURE
- ☐ MOTION HRG

CRIMINAL NO. 15cr155 RNC   DEFT # 1-3

H. Cherry/Liam Brennan/Jonathan Frances
AUSA

UNITED STATES OF AMERICA
vs
Ross Shapiro/Michael Gramins/Tyler Peters

Petrillo/Klein/Sandlar/Daily/Mukasey/
Jaffe/Tully/Wohlstadter/Frenchman
Counsel for Defendant  Ret ☐  CJA ☐  PDA ☐

- ☐ …….Deft failed to appear. Oral Motion for issuance of Warrant ☐granted ☐denied ☐ Bond FORFEITED
- ☐ …… ☐Arrest Date (CT Case): ____  ☐ Case unsealed or ☐ Rule 5 arrest, ____ Dist of ____
- ☐ …… CJA 23 Financial Affidavit filed ☐under seal
- ☐ …… Order Appointing Federal Public Defender's Office filed
- ☐ …… Court appoints Attorney ____ to represent defendant for ☐ this proceeding only ☐all proceedings
- ☐ …… Appearance of ____ filed
- ☐ …… ☐Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of ____ filed
- ☐ …… ☐Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ …… ☐Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ …… ☐Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ …… Plea Agreement Ltr filed ☐under seal ☐to be e-filed
- ☐ ……Plea of ☐ not guilty ☐ guilty ☐nolo contendere to count(s) ____ of the ____ (indict,superseding indict,info)
- ☐ …… Petition to Enter Guilty Plea filed
- ☐ …… Defendant motions due ____ ; Government responses due ____
- ☐ …… Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ …….Hearing on Pending Motions scheduled for ____ at ____
- ☒ …… Jury Selection set for 10-18-2016 at 9:00 AM
- ☐ …… Remaining Count(s) to be dismissed at sentencing
- ☐ …… Sentencing set for ____ at ____ ☐ Probation 246B Order for PSI & Report
- ☐ …… Special Assessment of $____ on count(s) ____. Total $ ____ ☐ Due immediately ☐ Pay at sentencing
- ☐ …… Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ …… Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ …… Order of Detention filed
- ☐ …… Deft ordered removed/committed to originating /another District of ____
- ☐ …… No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ …… Waiver of Rule 5 Hearing filed
- ☐ …… Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ …… Bond ☐set at $____ ☐reduced to $____ ☐ Non-surety ☐ Surety ☐Personal Recognizance
- ☐ …… Bond ☐revoked ☐ reinstated ☐ continued ☐ modified
- ☐ …… Defendant detained
- ☐ …… ____ Hearing ☐ waived ☐set for ____ ☐ continued until ____
- ☐ …… Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for ☐ conditions of bond ☒ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____ upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☒ ..... By August 5, 2016, Defts. will disclose amended witness and exhibit lists; Motions in limine due 7/8 - date for argument to be scheduled for 1/2 day; any continuances should be filed no later than August 15th. Trial to take 3-3 1/2 weeks. Counsel to confer regarding going forward with trial on Friday's.

## ADDITIONAL PROCEEDINGS

| | | |
|---|---|---|
| ☐ ..... Deft's oral motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☒ ..... #147 Deft 1,2, & 3 Motion amend P. O. - GRT by agreement | | ☒ granted ☐ denied ☐ advisement |
| ☒ ..... #110 Deft 1,2, & 3 Motion dismiss & for bill of particulars | | ☐ granted ☒ denied ☐ advisement |
| ☐ ..... # ____ Govt Motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... # ____ Govt Motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☒ ..... #112 - Motion to Sever by Tyler Peters-Den w/o prejudice to renewal | ☐ filed ☐ granted ☒ denied ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ..... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement |