# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : : : : | |
| v. | : : | No. 15-cr-00155 (RNC) |
| ROSS SHAPIRO,<br>MICHAEL GRAMINS and<br>TYLER PETERS | : : : : | |
|  | : : | JULY 15, 2016 |

## NOTICE OF *EX PARTE* SUBMISSION

Pursuant to Local Criminal Rule 57(b)7(e), Defendants Ross Shapiro, Michael Gramins and Tyler Peters, hereby give joint notice of the submission of a First *Ex Parte* Application, in connection with collection by the defense of evidence that may be used at trial.  This First Application is being submitted *ex parte* to protect privileged defense strategy from disclosure before trial.

Dated:  July 15, 2016

                                                                                                                               Respectfully submitted,

                                                                                                                              PETRILLO KLEIN & BOXER LLP

                                                                                                                             By:   /s/ Guy Petrillo
                                                                                                                              Guy Petrillo (CT19924)
                                                                                                                             Josh Klein (PHV07748)
655 Third Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 370-0330
Facsimile:   (212) 370-0391
gpetrillo@pkbllp.com
*Attorneys for Ross Shapiro*

ALSTON & BIRD LLP

By:   /s/ Brett D. Jaffe

>Brett D. Jaffe (PHV07701)
>Craig Carpenito (PHV0424)
>Joseph G. Tully (PHV07702)
>90 Park Avenue
>15th Floor
>New York, NY 10016-1387
>Telephone: (212) 210-9400
>Facsimile:  (212) 210-9444
>Brett.Jaffe@alston.com
>*Attorneys for Tyler Peters*
>
>GREENBERG TRAURIG LLP
>
>By:  /s/ Marc L. Mukasey
>Marc L. Mukasey (PHV07694)
>Greenberg Traurig LLP
>200 Park Avenue
>New York, NY 10166
>Telephone:  (212) 801-9200
>Facsimile:   (212) 801-6400
>mukaseym@gtlaw.com
>*Attorneys for Michael Gramins*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 15, 2016 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
         July 15, 2016

                                        /s/ Mirah Curzer
                                        Mirah Curzer (PHV08047)
                                        655 Third Avenue, 22nd Floor
                                        New York, New York 10017
                                        Telephone: (212) 370-0330
                                        Facsimile: (212) 370-0391
                                        mcurzer@pkbllp.com