# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:15CR155 (RNC) |
| | : | |
| v. | : | |
| | : | |
| ROSS SHAPIRO, | : | July 27, 2016 |
| MICHAEL GRAMINS, and | : | |
| TYLER PETERS, | : | |
| Defendants. | : | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE LATE

The Government respectfully seeks permission to file one motion *in limine* after the deadlines previously set by the Court. In support of the motion, the Government states the following:

1. In anticipation of the July 8th deadline for motions *in limine,* the Government prepared a Motion *in Limine* to Preclude Evidence Regarding Other Broker-Dealers.

2. Due to an unknown error, the Motion *in Limine* to Preclude Evidence Regarding Other Broker-Dealers was not filedb on July 8, 2016.

3. The Government became aware of the failure to docket the Motion *in Limine* to Preclude Evidence Regarding Other Broker-Dealers on the evening of July 25, 2016.

4. The defendants have indicated to the Government that they consent to the request for leave to file late.

5. The Government is filing the Motion *in Limine* to Preclude Evidence Regarding
Other Broker-Dealers simultaneously with the present motion so as not to prolong
the pre-trial process.

Accordingly, the Government respectfully requests leave from this Court to file its
Motion *in Limine* to Preclude Evidence Regarding Other Broker-Dealers after the deadlines
previously set by the Court.


Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

LIAM BRENNAN
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT27924

HEATHER CHERRY
ASSISTANT UNITED STATES ATTORNEY

U.S. Attorney's Office
157 Church Street
New Haven, CT 06510
(203) 821-3835

**<u>Certificate of Service</u>**

I hereby certify that on July 27, 2016, a copy of the foregoing was sent electronically to counsel for Ross Shapiro, Michael Gramins, and Tyler Peters through the Court's ECF system.

_____/s/_____
LIAM BRENNAN
ASSISTANT UNITED STATES ATTORNEY