**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) CRIM NO. 3:15-CR-155 (RNC) <br> ) |
| vs. | ) <br> ) <br> ) August 19, 2016 |
| ROSS SHAPIRO, MICHAEL GRAMINS, AND TYLER PETERS | ) <br> ) <br> ) |

**NOTICE OF *EX PARTE* SUBMISSION**

Pursuant to Local Criminal Rule 57(b)7(e), Defendant Tyler Peters hereby gives notice of the submission of an *Ex Parte* Application, in connection with collection by the defense of evidence that may be used at trial. This Application is being submitted *ex parte* to protect privileged defense strategy from disclosure before trial.

Dated:   August 19, 2016

                                        Respectfully submitted,

                                        **ALSTON & BIRD LLP**

By: */s/ Brett D. Jaffe*
      Brett D. Jaffe (PHV07701)
      Michael Brown (PHV08372)
      Joseph G. Tully (PHV07702)
      90 Park Avenue
      New York, NY  10016
      Telephone: (212) 210-9493
      Facsimile:  (212) 210-9444
      brett.jaffe@alston.com
      michael.brown@alston.com
      joe.tully@alston.com
      *Counsel for Tyler Peters*

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 19th day of August, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
          August 19, 2016

                                        /s/ *Brett D. Jaffe*
                                        Brett D. Jaffe (PHV07701)
                                        90 Park Avenue
                                        New York, NY  10016
                                        Telephone: (212) 210-9493
                                        Facsimile:  (212) 210-9444
                                        brett.jaffe@alston.com