Crim-Mot hrg (Dec-2008)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK Glynn, T.          RPTR/ECRO/TAPE Warner, D.

TOTAL TIME: 2 hours 33 minutes   USPO _____ INTERPRETER _____

DATE: 9/2/16    START TIME: 10:07    END TIME: 12:40

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CRIMINAL NO. 15cr155 RNC          Deft # 1, 2 ,3

UNITED STATES OF AMERICA

vs

Shapiro, Gramins, Peters

Liam Brennan/Heather Cherry/Dave Novick

AUSA

Petrillo/ Klein/Mukasey/Frenchman/Sklaroff/Jaffe

Defendant's Counsel ☐ CJA ☒ Retained ☐ PDA

## **HEARING ON CRIMINAL MOTIONS**

| | | | | |
|---|---|---|---|---|
| ☒......# 173 | Deft Shapiro | Motion re: Subpoenas | ☒ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ oral motion | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ oral motion | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ oral motion | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's oral motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's oral motion _____ | | ☐ granted ☐ denied ☐ advisement |

☐.............. Brief(s) due _____ Response(s) due _____ Replies due _____

☐.............. Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ PR

☐.............. Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified

☐.............. Defendant REMANDED to custody

☐.............. Competency Hearing ☐ held ☐ continued until _____ at _____

☐.............. _____ hearing continued until _____ at _____

☐.............. Court finds defendant _____ ☐ competent ☐ incompetent

☐.............. Court orders defendant _____ to undergo psychiatric evaluation

☐.............. Motion Hearing continued until _____ at _____

☒.............. SEE PAGE II for additional entries

## DOCUMENTS FILED IN OPEN COURT

☐..............  _____  ☐ filed ☐ docketed
☐..............  _____  ☐ filed ☐ docketed
☐..............  _____  ☐ filed ☐ docketed
☐..............  _____  ☐ filed ☐ docketed
☐..............  _____  ☐ filed ☐ docketed
☐..............  _____  ☐ filed ☐ docketed
☐..............  _____  ☐ filed ☐ docketed
☐..............  _____  ☐ filed ☐ docketed
☐..............  _____  ☐ filed ☐ docketed
☐..............  _____  ☐ filed ☐ docketed
☐..............  _____  ☐ filed ☐ docketed
☐..............  _____  ☐ filed ☐ docketed
☐..............  _____  ☐ filed ☐ docketed
☐..............  _____  ☐ filed ☐ docketed
☐..............  _____  ☐ filed ☐ docketed
☐..............  _____  ☐ filed ☐ docketed
☐..............  _____  ☐ filed ☐ docketed
☐..............  _____  ☐ filed ☐ docketed

## MISCELLANEOUS PROCEEDINGS

The court reviewed motions in Limine with counsel and reserves ruling at this time.

(#159, # 160, #162, #163, #164, #165, #166, #167, #187)