UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA          :
:
:
:
    v.                            :     No. 15-cr-00155 (RNC)
:
ROSS SHAPIRO,                     :
MICHAEL GRAMINS and               :
TYLER PETERS                      :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## PROPOSED SCHEDULING ORDER

The Court hereby ORDERS the following revised pre-trial schedule in this case:

| | |
|---|---|
| Supplemental briefing on motions *in limine*, if any (no responses or reply briefs) | October 19, 2016 |
| Oral argument concerning motions *in limine*, as directed by the Court | October 26, 2016 |
| Proposed *voir dire* | January 13, 2017 |
| Proposed jury instructions | January 13, 2017 |
| Pretrial conference | February 6, 2017 |

SO ORDERED.

/s/ Robert N. Chatigny
HON. ROBERT N. CHATIGNY
UNITED STATES DISTRICT JUDGE

10/3/16
DATE