UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : No. 15-cr-00155 (RNC) |
| | : |
| ROSS SHAPIRO, | : |
| MICHAEL GRAMINS and | : October 17, 2016 |
| TYLER PETERS | : |

### NOTICE OF *EX PARTE* SUBMISSION

Pursuant to Local Criminal Rule 57(b)(7)(e), Defendants Ross Shapiro, Michael Gramins and Tyler Peters, hereby give joint notice of the submission of an *Ex Parte* Application, in connection with collection by the defense of evidence that may be used at trial. This Application is being submitted *ex parte* to protect defense strategy from disclosure before trial.

Dated: October 17, 2016                    Respectfully submitted,

                                                              GREENBERG TRAURIG LLP

                                                              By: /s/ Marc L. Mukasey
                                                                    Marc L. Mukasey (PHV07694)
                                                                    200 Park Avenue
                                                                    New York, NY 10166
                                                                    Telephone: (212) 801-9200
                                                                    Facsimile: (212) 801-6400
                                                                    *Attorneys for Michael Gramins*

    PETRILLO KLEIN & BOXER LLP

By:  <u>/s/ Guy Petrillo</u>
  Guy Petrillo (CT19924)
  655 Third Avenue, 22nd Floor
  New York, New York 10017
  Telephone: (212) 370-0330
  Facsimile: (212) 370-0391
  *Attorneys for Ross Shapiro*

    ALSTON & BIRD LLP

By:  <u>/s/ Brett D. Jaffe</u>
  Brett D. Jaffe (PHV07701)
  90 Park Avenue
  15th Floor
  New York, NY 10016-1387
  Telephone: (212) 210-9400
  Facsimile: (212) 210-9444
  *Attorneys for Tyler Peters*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2016 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
October 17, 2016

/s/ Marc L. Mukasey
Marc L. Mukasey (PHV07694)
Greenberg Traurig, LLP
200 Park Avenue
New York, New York 10166
Telephone:  (212) 801-9200
Facsimile:   (212) 801-6400
mukaseym@gtlaw.com