

**U.S. Department of Justice**

*United States Attorney*
*District of Connecticut*

*Connecticut Financial Center*  (203) 821-3700
*157 Church Street, Floor 23*  *Fax (203) 773-5376*
*New Haven, Connecticut  06510*  *www.justice.gov/usao/ct*

September 22, 2016

Guy Petrillo
Petrillo Klein & Boxer LLP
655 Third Avenue, 22nd Floor
New York, NY 10017
*(Counsel for Defendant Ross Shapiro)*

Marc Mukasey
Greenberg Traurig, LLP
200 Park Avenue, MetLife Building
New York, NY 10166
*(Counsel for Defendant Michael Gramins)*

Brett D. Jaffe
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
*(Counsel for Defendant Tyler Peters)*

    **Re:** *United States v. Ross Shapiro, et al.*
       **Case No.: 3:15CR155(RNC)**

Dear Counsel:

  We write regarding your proposed expert witnesses in the above-captioned matter. As you are aware, the Government has made a number of objections to your expert disclosures. By this letter, we hope resolve some of those objections.

  As you are aware, some of the Government's objections to your expert witnesses have been based on the Government's belief that your expert disclosures did not provide proper notice of the proposed testimony or proper notice of the grounds on which that proposed testimony was based. We are also aware that you are planning to make a final supplemental disclosure of your experts' proposed testimony next week. Following is a list of items the Government believes should be covered by your next disclosure. :

- Your disclosure currently states that Mr. Vahey and Mr. Fabozzi will testify about their opinions regarding different aspects of victim models – i.e. their complexity, relative sensitivity and assumptions used. However, while you propose to have them testify about their opinion on the models, you do not inform us of what their opinions

are regarding the models. For example, you say that Mr. Vahey will testify about "the types of assumption made in the models, and how they impact the output of the models," but you do not explain what those assumptions are that he will testify about or how he will explain the impact on outputs. Please provide us with the substance of their opinions regarding the models.

- Please describe the basis for Mr. Fabozzi's opinion of his analysis of the models used by the victims. Does Mr. Fabozzi intend to testify about specific models? Did he review any models in preparation for his testimony even if he is not going to specifically cite to them? Please cite Bates numbers within the discovery of the models he will testify about or any outside source he used to form the basis of his opinion.

- Please provide the basis for Mr. Fabozzi's description of the process that non-agency RMBS investors generally use to make investment decisions. We understand that Mr. Fabozzi's knowledge on this point is from his academic work and not from practical experience. In response to our motion on this issue, you referred us to his 267 scholarly writings. Dkt. 207 and 207-1. This does not provide the Government with any specificity on this issue. A sampling of the articles you refer us to shows that Fabozzi wrote on, among other things, "A Linear Programming Salary Evaluation Model for High School Personnel," "Partial Elasticities of Factor Substitution Based on CES Production Function: Some Empirical Evidence," and "Have You Seen Any Good Quarterly Statements Lately?" These provide us no information about how he gained knowledge as to the process that RMBS investors use to make investment decisions. Please cite the specific studies or work that Mr. Fabozzi has done, or those performed by others that he has reviewed, to gain knowledge of such process.

- Does Mr. Vahey intend to opine about any victim models other than the Ellington and HIMCO's models referenced in your notice? If so, please cite the Bates numbers for the models that he examined to form his opinion. Also, please inform the Government of the substance of his opinion regarding each model.

- Is Mr. Vahey's opinion of the HIMCO and Ellington models based on anything other than ELL001447 to ELL001450 and HIMCO-PT-00000004, and HIMCO-PT-00000009 -HIMCO-PT-00000010? If so, please provide us with the Bates numbers within the discovery of the documents that informed his opinion or cite any outside sources that informed his opinion.

- Any additional material that your experts have reviewed that has not been turned over to the Government yet, including material received pursuant to Rule 17(c) and material received in the related civil case.

Thank you for your attention to this matter. We hope that by answering these questions, we can eliminate some of the outstanding issues before the Court. We reserve our right to supplement our requests once you have provided your disclosure.

*Letter to All Counsel*
*September 22, 2016*
*Page 3*

Please do not hesitate to contact us if you have any further questions.

Sincerely,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

LIAM BRENNAN
HEATHER L. CHERRY
DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEYS