UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                              :

UNITED STATES OF AMERICA        :

                              :

             v.                        :      No. 15-cr-00155 (RNC)

                              :

ROSS SHAPIRO,                      :
MICHAEL GRAMINS and       :
TYLER PETERS                   :      NOVEMBER 29, 2016

                              :

                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANTS' MOTION *NUNC PRO TUNC* TO EXCUSE DEFENDANT'S APPEARANCE

In the pretrial conference of September 28, 2016, undersigned counsel inadvertently omitted to request that defendant Ross Shapiro be excused from appearing at the conference on the ground that at the time of the conference Mr. Shapiro was in transit following out-of-town travel for Thanksgiving. We respectfully herein seek the Court's approval *nunc pro tunc* of Mr. Shapiro's absence from the conference. Counsel has apprised Mr. Shapiro of the conference's content and outcome.

                                                  Respectfully submitted,

                                                  PETRILLO KLEIN & BOXER LLP

                                                By:  /s/ Guy Petrillo
                                                Guy Petrillo (CT19924)
                                                Joshua Klein (PHV07748)
                                                Leonid Sandlar (PHV07700)
                                                Mirah Curzer (PHV08047)
                                                655 Third Avenue, 22nd Floor
                                                New York, New York 10017
                                                Telephone: (212) 370-0330
                                                Facsimile:  (212) 370-0391
                                                gpetrillo@pkbllp.com

1

*Attorneys for Ross Shapiro*

ALSTON & BIRD LLP

By: /s/ Brett D. Jaffe

Brett D. Jaffe (PHV07701)
Joseph G. Tully (PHV07702)

90 Park Avenue
15th Floor
New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile:  (212) 210-9444
Brett.Jaffe@alston.com

*Attorneys for Tyler Peters*

GREENBERG TRAURIG LLP

By:  /s/ Marc L. Mukasey

Marc L. Mukasey (PHV07694)
Jeffrey B. Sklaroff (PHV 08423)

Greenberg Traurig LLP
200 Park Avenue
New York, NY 10166
Telephone:  (212) 801-9200
Facsimile:   (212) 801-6400
mukaseym@gtlaw.com

*Attorneys for Michael Gramins*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2016 a copy of foregoing Defendants' Motion *Nunc Pro Tunc* to Excuse Defendant's Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated:  New York, New York
November 29, 2016

 /s/ Mirah Curzer
Mirah Curzer (PHV08047)
655 Third Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 370-0330
Facsimile: (212) 370-0391
mcurzer@pkbllp.com