# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) CRIM No. 3:15-CR-155 (RNC) <br> ) |
| vs. | ) <br> ) <br> ) December 2, 2016 |
| ROSS SHAPIRO, MICHAEL GRAMINS, AND TYLER PETERS. | ) <br> ) <br> ) |

## DEFENDANT TYLER PETERS' MOTION FOR ORDER DIRECTING EARLY RETURN OF A SUBPOENA *DUCES TECUM* UNDER RULE 17(C)(1)

Defendant Tyler Peters respectfully moves this Court, pursuant to Rule 17(c)(1) of the Federal Rules of Criminal Procedure, to obtain a Court-ordered subpoena for documents under Rule 17(c)(1) of the Federal Rules of Criminal Procedure, bearing a return date in advance of trial of December 30, 2016.

WHEREFORE, for each of the foregoing reasons and those set forth in the accompanying Memorandum of Law, Mr. Peters respectfully request that the Court grant this Motion.

Dated: New York, New York
December 2, 2016

Respectfully submitted,

**ALSTON & BIRD LLP**

By: <u>*/s/ Brett D. Jaffe*</u>
Brett D. Jaffe (PHV07701)
Michael Brown (PHV08372)
Joseph G. Tully (PHV07702)
90 Park Avenue
New York, NY  10016
Telephone: (212) 210-9493
Facsimile:  (212) 210-9444
brett.jaffe@alston.com
michael.brown@alston.com
joe.tully@alston.com

*Counsel for Tyler Peters*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 2nd day of December, 2016, a copy of the foregoing Motion was uploaded to and filed with the CM/ECF System for the United States District Court for the District of Connecticut, which automatically emails a copy to the following counsel:

    Liam Brennan, Esq.
    Heather L. Cherry, Esq.
    Assistant U.S. Attorney
    U.S. Department of Justice
    District of Connecticut
    Connecticut Financial Center
    157 Church Street, Floor 25
    New Haven, Connecticut  06510

    /s/ *Brett D. Jaffe*
    Brett D. Jaffe (PHV07701)