Criminal Std (6/13/2012)

HONORABLE: Robert N. Chatigny
DEPUTY CLERK: Glyn
RPTR/ECRO/TAPE: Warner, Darlene
USPO:
INTERPRETER:

TOTAL TIME: ___ hours  21 minutes
DATE: Dec 7, 2016   START TIME: 10:04   END TIME: 10:25

## COURTROOM MINUTES

☐ IA-INITIAL APPEAR  ☐ BOND HRG  ☐ CHANGE OF PLEA  ☐ IN CAMERA HRG
☐ IA- RULE 5  ☐ DETENTION HRG  ☐ WAIVER/PLEA HRG  ☐ COMPETENCY HRG
☐ ARRAIGNMENT  ☐ PROBABLE CAUSE  ☐ EXTRADITION HRG  ☐ FORFEITURE
☐ CONFLICT HRG  ☐ EVIDENTIARY HRG  ☒ STATUS CONF  ☒ MOTION HRG  3 min
Re Jury Selection

CRIMINAL NO. 15cr155 RNC   DEFT # 1,2,3

Brennan, Novick
AUSA

**UNITED STATES OF AMERICA**
vs
Shapiro, Gramins, Peters-present on call

Petrillo/Klein/Sandler/Curzer/Daily/Mukasey
Counsel for Defendant Ret ☐  CJA ☒  PDA ☐
Frenchman/Sklaroff/Jaffe/Brown

═══════════════════════════════════════════

☐ ......Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
☐ ...... ☐ Arrest Date (CT Case): _____  ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
☐ ...... CJA 23 Financial Affidavit filed ☐ under seal
☐ ...... Order Appointing Federal Public Defender's Office filed
☐ ...... Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
☐ ...... Appearance of _____ filed
☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
☐ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
☐ ...... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
☐ ......Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) _____ of the _____ (indict, superseding indict, info)
☐ ...... Petition to Enter Guilty Plea filed
☐ ...... Defendant motions due _____ ; Government responses due _____
☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
☐ ......Hearing on Pending Motions scheduled for _____ at _____
☐ ...... Jury Selection set for _____ at _____
☐ ...... Remaining Count(s) to be dismissed at sentencing
☐ ...... Sentencing set for _____ at _____  ☐ Probation 246B Order for PSI & Report
☐ ...... Special Assessment of $_____ on count(s) _____. Total $_____  ☐ Due immediately ☐ Pay at sentencing
☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Order of Detention filed
☐ ...... Deft ordered removed/committed to originating /another District of _____
☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
☐ ...... Waiver of Rule 5 Hearing filed
☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ...... Bond ☐ set at $_____  ☐ reduced to $_____  ☐ Non-surety ☐ Surety ☐ Personal Recognizance
☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
☐ ...... Defendant detained
☐ ...... _____ Hearing ☐ waived ☐ set for _____  ☐ continued until _____
☐ ...... Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for  ☐ conditions of bond  ☐ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☒ ..... Overview of Jury Selection: Complete questionnaire; Draft questionnaire comments by 1/6/17; Jurors to come to court on January 30th; Juror responses available to counsel by 2/6/17 by flash drive; Counsel's input regarding questionnaire by 2/17/17; schedule a telephone conference for 2/21/17; jury selection 2/27/17.

## ADDITIONAL PROCEEDINGS

☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☒ ..... #265 Deft Peters Motion for Order re: Subpoena Duces Tecum ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☒ ..... Court gives counsel the opportunity to confer regarding #265 on how to best proceed regarding time for government's to submit opposition and the defts. response. ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement