UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :
                                  :
V.                                :   CASE NO. 3:15-CR-155RNC)
                                  :
ROSS SHAPIRO, ET AL.              :
                                  :

ORDER

The Court has granted the defendants' motion to postpone jury selection in this case until February 27, 2017. In doing so, the Court has determined that the ends of justice served by this continuance outweigh the best interest of the public and the defendants in an earlier trial. The Court has set forth orally, and now sets forth in writing, its reasons for making that "ends of justice" finding. The period of delay resulting from the continuance (i.e. the period October 18, 2016 through February 27, 2017) is thus properly excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B).

As previously discussed with counsel, whose representations the Court credits, the "ends of justice" finding is supported by the following:

1. Given the factual and legal complexity of this case, the volume of discovery, the need for further discovery, the number of witnesses, the complicated nature of the anticipated trial testimony, and the number and nature of the motions in limine, it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself in the absence of the

continuance.

2. Given the previous schedule for the trial in this case, which was expected to encompass Thanksgiving and extend into the holiday season, failure to grant the continuance would likely result in a miscarriage of justice due to the difficulty of empaneling a jury of twelve regular jurors plus alternates able to serve at that time, for that length of time, and fairly and impartially decide the issues presented by the case.

3. Given the timing of the retrial in the related case of *United States v. Litvak*, No. 3:13-CR-19(JCH), which involves one of the prosecutors in this case and some of the same government witnesses, failure to grant the continuance would unreasonably deny the Government continuity of counsel and also deny the Government reasonable time necessary for effective preparation taking into account the exercise of due diligence.

Accordingly, the period October 18, 2016 through February 27, 2017 will be excluded under the Speedy Trial Act.

So ordered.

/s/ RNC
Robert N. Chatigny
United States District Judge