UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | S2 No. 15-cr-00155 (RNC) |
| ROSS SHAPIRO, | : | |
| MICHAEL GRAMINS and | : | January 10, 2017 |
| TYLER PETERS | : | |

DEFENDANTS' OBJECTIONS TO THE
GOVERNMENT'S COMMENTS TO PROPOSED JUROR QUESTIONNAIRE

Defendants Ross Shapiro, Michael Gramins, and Tyler Peters, through their respective counsel, respectfully submit this memorandum to object to certain Proposed Additional Questions submitted by the government on January 6, 2017 (Dkt. No. 286 at 2), in response to the draft juror questionnaire distributed to the parties by the Court on December 7, 2016. Defendants object to Proposed Additional Question No. 6, which states:

> You will hear allegations that there were funds involved in this case that came from the U.S. Treasury's Troubled Asset Relief Program (TARP), also commonly referred to as the bailout. Do you hold any particular opinions about TARP, the bailout, or the U.S. Treasury that would make it difficult for you to be fair and impartial in this case?

The Public-Private Investment Program ("PPIP") was created using TARP funds, and defendants submit that this question should not be included in the juror questionnaire for the reasons set forth in their Motion *in Limine* to Preclude Evidence and References to the PPIP Program and

Identities of Passive Investors in the Funds Managed by the Counterparty Institutions, filed on July 8, 2016 (Dkt. No. 162), which is pending decision by the Court.

        Respectfully submitted,

        GREENBERG TAURIG LLP

By:  /s/ Marc L. Mukasey
    Marc L. Mukasey (PHV07694)
    200 Park Avenue
    New York, NY 10166
    Telephone: (212) 801-9200
    Facsimile: (212) 801-6400
    *Attorneys for Michael Gramins*

        PETRILLO KLEIN & BOXER LLP

By:  /s/ Guy Petrillo
    Guy Petrillo (CT19924)
    655 Third Avenue, 22nd Floor
    New York, New York 10017
    Telephone: (212) 370-0330
    Facsimile: (212) 370-0391
    *Attorneys for Ross Shapiro*

        ALSTON & BIRD LLP

By:  /s/ Brett D. Jaffe
    Brett D. Jaffe (PHV07701)
    90 Park Avenue
    15th Floor
    New York, NY 10016-1387
    Telephone: (212) 210-9400
    Facsimile: (212) 210-9444
    *Attorneys for Tyler Peters*

**CERTIFICATION OF SERVICE**

I hereby certify that on January 10, 2017, a copy of foregoing Defendants' Proposed Revisions to Draft Juror Questionnaire was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
January 10, 2017

 /s/ Marc L. Mukasey
Marc L. Mukasey (PHV07694)
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: mukaseym@gtlaw.com