UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> vs. <br><br> ROSS SHAPIRO, MICHAEL GRAMINS, AND TYLER PETERS. | ) <br> ) <br> ) CRIM NO. 3:15-CR-155 (RNC) <br> ) <br> ) <br> ) <br> ) February 1, 2017 <br> ) <br> ) <br> ) |

## DEFENDANT TYLER PETERS' MOTION TO CONTINUE

This memorandum is respectfully submitted in support of Defendant Tyler Peters' motion to continue jury selection in this case to May 3 and 4, 2017 and to continue the start of evidence from May 4, 2017 to May 8, 2017 in order to accommodate a scheduling conflict of Mr. Peters' counsel of record in the case. Mr. Peters has consulted with Mr. Shapiro, Mr. Gramins, and the government and they all consent to this request. In support of the Motion, Mr. Peters shows:

1. Alex Spiro is counsel of record for Mr. Peters in this case. He also represents a defendant in *United States v. Mitchell*, 16-CR-234, which is pending before the Honorable Brian M. Cogan in the Eastern District of New York.

2. In September 2016, this Court scheduled the trial of this matter to begin on February 27, 2017.

3. Following that scheduling order, Judge Cogan scheduled the trial in Mr. Spiro's other matter. Judge Cogan provided alternative trial dates for the *Mitchell* trial depending on the trial of this matter. Specifically, he ordered that, if the trial of this matter started on February 27, 2017, the trial in the *Mitchell* case would begin on

June 12, 2017 but, if the trial date on this matter was continued, the *Mitchell* trial would being sometime in April 2017.

4. On January 10, 2017, the Court granted the government's motion to continue and on January 11, 2017, the Court entered an order scheduling jury selection for May 2 and 3, 2017, with presentations to the jury beginning on May 4, 2017.

5. On January 27, 2017, Judge Cogan set the *Mitchell* trial date for April 19, 2017. The trial is expected to last approximately two weeks. Mr. Spiro objected to the setting of that trial and explained that he thought it would interfere with his ability to start trial in this matter on May 2, 2017. Judge Cogan, nevertheless, scheduled the *Mitchell* trial to begin on April 19, 2017.

6. Mr. Spiro will be co-counsel during the trial for Mr. Peters. As a result, Mr. Peters requests a slight continuance so that he can have the counsel of his choosing present during the trial. Specifically, Mr. Peters requests that jury selection be set for May 3 and 4, 2017 and that presentations to the jury commence on May 8, 2017.

7. Mr. Shapiro, Mr. Gramins, and the government all consent to this request.

## CONCLUSION

For the reasons set forth above, Mr. Peters respectfully requests the Court continue the trial in this matter to May 8, 2017, and exclude the time from the Speedy Trial Clock pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

**ALSTON & BIRD LLP**

By: <u>*/s/ Michael Brown*</u>
    Brett D. Jaffe (PHV07701)
    Michael Brown (PHV08372)
    Joseph G. Tully (PHV07702)
    90 Park Avenue
    New York, NY 10016
    Telephone: (212) 210-9493
    Facsimile: (212) 210-9444
    brett.jaffe@alston.com
    mike.brown@alston.com
    joe.tully@alston.com

*Counsel for Tyler Peters*