```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :

V.                              :       CASE NO. 3:15CR155(RNC)

SHAPIRO, GRAMINS, PETERS        :
```

ORDER

Defendant Tyler Peters has moved to postpone jury selection to May 3 and May 4, 2017 (ECF No. 301). Mr. Shapiro, Mr. Gramins, and the government all consent to this request. The Court approves the postponement, subject to the filing of a properly executed waiver of the defendants' rights under the Speedy Trial Act ("the Act"), 18 U.S.C. §§ 3161, et seq., which specifically waives the period of delay from May 2 and 3, 2017 until May 3 and 4, 2017.

The Act generally requires that the trial of a defendant commence within seventy days after the filing of the indictment or the date the defendant first appears in court, whichever is later. 18 U.S.C. § 3161(c)(1). A continuance may be granted if the court finds "that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

Relevant factors include whether failure to grant the continuance would deny counsel reasonable time necessary for effective preparation.

In support of Mr. Peters' request for a continuance, counsel states that one of Mr. Peters' attorneys will be on trial in the Eastern District of New York beginning April 19, 2017.  Mr. Peters needs to continue jury selection to May 3 and May 4, and continue the start of evidence to May 8 to ensure Mr. Peters' counsel of choice is available for trial.  Crediting the representations of defendant's counsel, I find that the ends of justice served by the requested continuance outweigh the interest of the public and the defendant in a speedy trial in that failure to grant the continuance would deny counsel reasonable time necessary for effective preparation taking account of the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, the consented to request is hereby accepted. The period May 2 and 3, 2017 through May 3 and 4, 2017, 2017 will be excluded under the Act subject to the filing of a waiver of the defendant's rights as more fully described above.

Jury selection is hereby rescheduled to May 3 and 4, 2017 at 9:00 a.m.

So ordered this 13th day of February, 2016.

                                                /s/ RNC
                                          Robert N. Chatigny
                                  United States District Judge