Criminal Std (6/13/2012)

HONORABLE: Robert N. Chatigny
DEPUTY CLERK: Glynn, T.        RPTR/ECRO/TAPE: Warner, Darlene
USPO:                          INTERPRETER:

TOTAL TIME: ___ hours  55 minutes
DATE: Mar 9, 2017   START TIME: 10:00   END TIME: 10:55

## COURTROOM MINUTES

- ☐ IA-INITIAL APPEAR
- ☐ IA- RULE 5
- ☐ ARRAIGNMENT
- ☐ CONFLICT HRG
- ☐ BOND HRG
- ☐ DETENTION HRG
- ☐ PROBABLE CAUSE
- ☐ EVIDENTIARY HRG
- ☐ CHANGE OF PLEA
- ☐ WAIVER/PLEA HRG
- ☐ EXTRADITION HRG
- ☒ STATUS CONF  5
- ☐ IN CAMERA HRG
- ☐ COMPETENCY HRG
- ☐ FORFEITURE
- ☒ MOTION HRG  50

CRIMINAL NO. 15cr155 RNC      DEFT # 1,2,3

AUSA: David Novick/Liam Brennan/Heather Cherry

UNITED STATES OF AMERICA
vs
Shapiro, Gramins, Peters-present on call

Counsel for Defendant: Klein/Daily/Mukasey/Sandlar/Curzer/Sklaroff
Ret ☒   CJA ☐   PDA ☐
Jaffe/Brown/Spiro

- ☐ ....Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ .... ☐ Arrest Date (CT Case): ____ ☐ Case unsealed or ☐ Rule 5 arrest, ____ Dist of ____
- ☐ .... CJA 23 Financial Affidavit filed ☐ under seal
- ☐ .... Order Appointing Federal Public Defender's Office filed
- ☐ .... Court appoints Attorney ____ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ .... Appearance of ____ filed
- ☐ .... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of ____ filed
- ☐ .... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ .... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ .... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ .... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☐ ....Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) ____ of the ____ (indict, superseding indict, info)
- ☐ .... Petition to Enter Guilty Plea filed
- ☐ .... Defendant motions due ____ ; Government responses due ____
- ☐ .... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ ....Hearing on Pending Motions scheduled for ____ at ____
- ☐ .... Jury Selection set for ____ at ____
- ☐ .... Remaining Count(s) to be dismissed at sentencing
- ☐ .... Sentencing set for ____ at ____ ☐ Probation 246B Order for PSI & Report
- ☐ .... Special Assessment of $____ on count(s)____. Total $____ ☐ Due immediately ☐ Pay at sentencing
- ☐ .... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ .... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ .... Order of Detention filed
- ☐ .... Deft ordered removed/committed to originating /another District of ____
- ☐ .... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ .... Waiver of Rule 5 Hearing filed
- ☐ .... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ .... Bond ☐ set at $____ ☐ reduced to $____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☐ .... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☐ .... Defendant detained
- ☐ .... ____ Hearing ☐ waived ☐ set for ____ ☐ continued until ____
- ☐ .... Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for   ☐ conditions of bond   ☒ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO.  A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☒ ..... Defendant's to provide the Government a reduced witness and exhibit list.

## ADDITIONAL PROCEEDINGS

☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☒ ..... #304  Deft 1,2 & 3  Motion order directing early return of subpoena duces tecum under Rule 17(c)(1) ☒ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement