UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:15CR155 (RNC) |
| | : | |
| v. | : | |
| | : | |
| ROSS SHAPIRO, | : | |
| MICHAEL GRAMINS and | : | |
| TYLER PETERS | : | March 15, 2017 |

GOVERNMENT'S PROPOSED VOIR DIRE

The Government respectfully requests that, pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure and Rule 47(a) of the Local Rules of Civil Procedure, the Court supplement its written questionnaire with limited oral voir dire to ask the following questions (and any relevant follow-up that would assist the parties and the Court in detecting bias and partiality):

1. Have you been exposed to any information regarding the case *United States v. Litvak*? In what context?

2. Have you been exposed to any new information regarding this matter, *United States v. Shapiro, Gramins, and Peters*?

3. This case is brought in the name of the United States, which is represented by the office of the United States Attorney for the District of Connecticut. Is there anything about the fact that this case is being brought by the federal government that may affect your ability to judge this case fairly?

4. Do you wish to clarify or amend any response from your questionnaire?

The Government reserves its right to amend or add to these requests depending on the final version of the juror questionnaire that is distributed to prospective jurors, and depending on the answers given to the questionnaire. The Government also requests permission to put questions

(either directly or through the Court) to individual jurors based upon answers provided to the written questionnaire and/or answers provided during jury selection.

Finally, as is the Court's practice, the Government requests that the Court inquire into the jurors' familiarity with any of the defendants, their counsel, relevant members of counsel's offices, members of the prosecution team, other relevant members of the United States Attorney's Office, and witnesses. The Government suggests that its list include names of all members of the United States Attorney's Hartford office, as well as any other individuals that would reasonably be expected to appear in the courtroom during the trial.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

/s/
_____
DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. PHV02824

HEATHER L. CHERRY
LIAM B. BRENNAN
ASSTANT UNITED STATES ATTORNEYS

U.S. Attorney's Office
157 Church Street
New Haven, CT 06510
(203) 821-3700
David.Novick@usdoj.gov

CERTIFICATE OF SERVICE

      This is to certify that on March 15, 2017, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/
_____
DAVID E. NOVICK
ASSISTANT U.S. ATTORNEY