UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) S3 NO. 3:15-CR-155 (RNC) <br> ) <br> ) <br> ) March 27, 2017 <br> ) <br> ) <br> ) <br> ) |
| vs. | |
| ROSS SHAPIRO, MICHAEL GRAMINS, AND TYLER PETERS. | |

**DEFENDANTS' MOTION FOR ORDER DIRECTING EARLY RETURN OF SUBPOENAS *DUCES TECUM* UNDER RULE 17(C)(1)**

Defendants Ross Shapiro, Michael Gramins, and Tyler Peters, by and through undersigned counsel, respectfully move the Court for an Order directing early return of subpoenas *duces tecum* pursuant to Federal Rule of Criminal Procedure 17(c)(1). The government does not oppose this Motion.

On March 20, 2017, the Court granted the defendants' previous motion for an Order directing early return of the same subpoena that defendants seek with this Motion, to be served upon ten different financial institutions. *See* ECF No. 323. These institutions included the eight financial institutions referenced in the Third Superseding Indictment (the "Indictment") and two additional financial institutions that employed RMBS traders during the relevant timeframe, whom the government included on its then-current list of its potential witnesses at trial.

Three days after the Court granted the defendants' previous motion, on March 23, 2017, the government provided an amended witness list, which includes two additional RMBS traders from financial institutions that traded with the defendants during the time period relevant to the Indictment. These two individuals worked at Pacific Investment Management Company LLC ("PIMCO") and MFA Financial, Inc. ("MFA"). For the same reasons initially set forth by

defendants in their previous motion (*see* ECF No. 306), the Court should issue an Order directing early return of similar subpoenas *duces tecum* to be served upon these two additional institutions, now that employees of these two institutions have been identified as trial witnesses in this case.

Defense counsel has conferred with the government regarding the subpoenas to PIMCO and MFA. As with the ten subpoenas previously so-ordered by the Court, the government has authorized defense counsel to represent to the Court that, in order to avoid further litigation on the matter, the government will not oppose these subpoenas, and will defer any objections to admissibility and relevance to the appropriate time prior to or during trial. Attached to this Motion is a copy of the template subpoena.

For the foregoing reasons, the defendants respectfully request that the Court issue an Order directing subpoenas *duces tecum*, with pretrial return dates of April 10, 2017, to be served upon PIMCO and MFA.

Dated:  March 27, 2017

          Respectfully submitted,

          GREENBERG TRAURIG LLP

By:  /s/ Marc L. Mukasey
    Marc L. Mukasey (CT29885)
    Jeffrey B. Sklaroff (PHV08423)
    Robert S. Frenchman (PHV08424)
    200 Park Avenue
    New York, NY 10166
    Telephone: (212) 801-9200
    Facsimile: (212) 801-6400
    *Attorneys for Michael Gramins*

PETRILLO KLEIN & BOXER LLP

By:  /s/ Guy Petrillo
    Guy Petrillo (CT19924)
    Joshua Klein (PHV07748)
    655 Third Avenue, 22nd Floor

        New York, New York 10017
        Telephone: (212) 370-0330
        Facsimile: (212) 370-0391
        *Attorneys for Ross Shapiro*

        ALSTON & BIRD LLP

By:  /s/ Brett D. Jaffe
        Brett D. Jaffe (PHV07701)
        Michael Brown (PHV08372)
        90 Park Avenue
        15th Floor
        New York, NY 10016-1387
        Telephone: (212) 210-9400
        Facsimile: (212) 210-9444
        *Attorneys for Tyler Peters*

**CERTIFICATION OF SERVICE**

I hereby certify that on March 27, 2017, a copy of foregoing Motion for Order Directing Early Return of Subpoenas *Duces Tecum* Under Rule 17(c)(1) was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
March 27, 2016

    /s/ Marc L. Mukasey
Marc L. Mukasey (CT29885)
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: mukaseym@gtlaw.com