```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

UNITED STATES OF AMERICA,          :
                                   :
    Plaintiff,                     :
                                   :
v.                                 :     CASE NO. 3:15cr155(RNC)
                                   :
ROSS SHAPIRO, ET AL.,              :
                                   :
    Defendants.                    :

<u>RULING ON DEFENDANTS' MOTION TO MODIFY CONDITIONS OF RELEASE</u>

The defendants' conditions of release (doc. #34, 38, 42) were set at their presentments on September 10, 2015, and modified thereafter on January 19, 2016.  (Doc. #96.)  By motion, the defendants now seek a further modification.  (Doc. #300.)  The government opposes the change.  (Doc. #305.)

After a hearing on March 22, 2017 (doc. #324), the defendants' motion to modify conditions of release is GRANTED IN PART.  Section 7(g) of the defendants' conditions of release (doc. #34, 38, 42) is modified as follows: "The defendants shall not have contact, either direct or indirect, except though and in the presence of counsel, with any person the government expects to call as a witness at trial."

SO ORDERED at Hartford, Connecticut this 10th day of April, 2017.

                                                    _____/s/_____
                                                  Donna F. Martinez
                                                  United States Magistrate Judge