## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | No. 15-cr-00155 (RNC) |
| | : | |
| ROSS SHAPIRO, | : | |
| MICHAEL GRAMINS and | : | |
| TYLER PETERS | : | |
| | : | April 11, 2017 |
| | : | |

### ROSS SHAPIRO'S MOTION TO FILE UNDER SEAL
### REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ROSS SHAPIRO'S MOTION *IN LIMINE* TO STRIKE SURPLUSAGE, OR, ALTERNATIVELY, ADMIT EVIDENCE RELATING TO NOMURA'S INTERNAL REVIEW, AND PRECLUDE EVIDENCE OR MENTION OF JESSE LITVAK'S INDICTMENT

Defendant Ross Shapiro, by and through undersigned counsel, respectfully submits this motion requesting an Order permitting the filing, under seal, of Defendants' April 11, 2017 Reply Memorandum Of Law In Further Support Of Ross Shapiro's Motion *In Limine* To Strike Surplusage, Or, Alternatively, Admit Evidence Relating To Nomura's Internal Review, And Preclude Evidence Or Mention Of Jesse Litvak's Indictment.  This document contains confidential information, the public disclosure of which is prohibited by the protective order governing discovery in this matter, which was so-ordered by the Court during oral argument held on July 1, 2016.  Defendant will promptly provide the un-redacted documents to the Court and the government.

Dated:  April 11, 2017

                                        Respectfully submitted,

                                        PETRILLO KLEIN & BOXER LLP

                                By:  <u>/s/ Joshua Klein</u>
                                          Joshua Klein (PHV07748)
                                          Guy Petrillo (CT19924)
                                          Amy Lester (PHV08919)
                                          655 Third Avenue, 22nd Floor
                                          New York, New York 10017
                                          Telephone: (212) 370-0330
                                          Facsimile: (212) 370-0391
                                          *Attorneys for Ross Shapiro*