Crim-Trial (2/5/2010)

HONORABLE: Robert N. Chatigny
DEPUTY CLERK: Glynn, T    RPTR/ECRO/TAPE: Warner, Darlene
TOTAL TIME: 8 hours 28 minutes    USPO ___    INTERPRETER ___
DATE: 5/3/17    START TIME: 8:57    END TIME: 6:17
LUNCH RECESS    FROM: ___    TO: ___
RECESS (if more than ½ hr)    FROM: ___    TO: ___

CRIMINAL NO. 15cr155 RNC    Deft # 1,2,3

UNITED STATES OF AMERICA
vs
Ross Shapiro/Michael Gramins/Tyler Peters

Liam Brennan, David Novick, Heather Cherry
AUSA

Mukasey/Petrillo/Klein/Frenchman/Sklaroff/Manning
Defendant's Counsel  Spiro/Brown/Daily
Jaffee/Chase/Lester

## CRIMINAL JURY SELECTION/CALENDAR CALL

- ☐ Deft ___ failed to appear. Bench Warrant to be issued.
- ☐ ☐ Call of the Calendar held ☐ Call of the Calendar over to ___
- ☒ ☒ Jury Selection held ☒ Jury Selection continued until May 4, 2017 @ 9AM
- ☐ Grand Jury Selection : GJ # ___ Foreperson: ___ Deputy FP ___
- ☐...# ___ Deft ___ motion ___ ☐ granted ☐ denied ☐ advisement
- ☐...# ___ Deft ___ motion ___ ☐ granted ☐ denied ☐ advisement
- ☐...# ___ Deft ___ motion ___ ☐ granted ☐ denied ☐ advisement
- ☐...# ___ Govt's motion ___ ☐ granted ☐ denied ☐ advisement
- ☐...# ___ Govt's motion ___ ☐ granted ☐ denied ☐ advisement
- ☐ Deft ___ Oral motion ___ ☐ granted ☐ denied ☐ advisement
- ☐ Deft ___ Oral motion ___ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion ___ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion ___ ☐ granted ☐ denied ☐ advisement
- ☐ ___ ☐ filed
- ☐ ___ ☐ filed
- ☐ ___ ☐ filed
- ☐ ___ ☐ filed
- ☒ 96 jurors present
- ☒ Voir Dire oath administered by Clerk ☐ previously administered by Clerk
- ☒ Voir Dire by Court
- ☐ Peremptory challenges exercised
- ☐ Jury of ___ and ___ alternates drawn ☐ and sworn ☐ Jury Trial commences
- ☒ Remaining jurors excused
- ☐ Trial continued until ___ at ___
- ☒ COPY TO: JURY CLERK with juror lists