Crim-Trial (4/2/12)

HONORABLE: Robert N. Chatigny
DEPUTY CLERK Glynn, T.            RPTR/ECRO/TAPE Warner, Darlene
TOTAL TIME: 6 hours 00 minutes    USPO _____  INTERPRETER _____
DATE: 5/10/17    START TIME: 9:37    END TIME: 4:45
LUNCH RECESS   FROM: 12:27   TO: 1:35
RECESS (if more than ½ hr)   FROM: _____   TO: _____

CRIMINAL NO. 3:15cr155 RNC        Deft # 1,2,3

UNITED STATES OF AMERICA

                                        Liam Brennan, Dave Novick, H. Cherry
                                        AUSA
                vs
R. Shapiro/M. Gramins/T.Peters          Mukasey/Sklaroff/Petrillo/Klein/Spiro/
                                        Defendant's Counsel  Brown

## CRIMINAL JURY/COURT TRIAL

- [x] Jury of 12 and 3 alternates report ☐ Jury sworn.
- ☐ Juror # _____ excused ☐ Alternates excused
- ☐ Deft _____ Failed to appear. Bench warrant issued.
- [x] ☒ Jury Trial held  ☒ Jury Trial continued until 5/11/17 at 9:30
- ☐ ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until _____
- ☐..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Govt's motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Govt's motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Deft _____ oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Deft _____ oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ Government rests ☐ Defendant _____ rests
- ☐ Summation held ☐ Court's Charge to the Jury
- ☐ All full exhibits, ☐ Indictment ☐ Information ☐ Verdict form handed to the Jury
- ☐ Jury commences deliberations at _____
- ☐ Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
- ☐ SEE ☐ page II ☐ for additional entries
- [x] Copy to: JURY CLERK with daily juror attendance sign-in sheet

## CRIMINAL JURY/COURT TRIAL (continued)

☐......... Court declares MISTRIAL as to Defendant _____
☐......... Jury Verdict filed
☐......... Oral Verdict
☐......... Court Verdict
☐......... ☐ guilty as to Deft _____ as to counts _____
☐......... ☐ guilty as to Deft _____ as to counts _____
☐......... ☐ guilty as to Deft _____ as to counts _____
☐......... ☐ guilty as to Deft _____ as to counts _____
☐......... ☐ not guilty as to Deft _____ as to counts _____
☐......... ☐ not guilty as to Deft _____ as to counts _____
☐......... ☐ not guilty as to Deft _____ as to counts _____
☐......... ☐ not guilty as to Deft _____ as to counts _____
☐......... Court accepts verdict and orders verdict verified and recorded
☐......... Jury polled
☐......... Sentencing set _____ at _____ as to Deft _____
☐......... Sentencing set _____ at _____ as to Deft _____
☐......... Prob 246B Order for PSI & Report
☐......... Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
☐......... Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
☐......... Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____
☐......... Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
☐......... Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
☐......... Deft _____ REMANDED to custody
☐......... Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv.

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____