Crim-Trial (4/2/12)

HONORABLE: Robert N. Chatigny
DEPUTY CLERK: Glynn, T.
RPTR/ECRO/TAPE: Warner, Darlene
TOTAL TIME: 6 hours 39 minutes
USPO _____
INTERPRETER _____
DATE: 5/11/17    START TIME: 9:33    END TIME: _____
LUNCH RECESS FROM: 12:28    TO: 1:28
RECESS (if more than ½ hr) FROM: _____    TO: _____

CRIMINAL NO. 3:15cr155 RNC    Deft # 1,2,3

UNITED STATES OF AMERICA

                                        Liam Brennan, Dave Novick, H. Cherry
                                        AUSA

vs

R. Shapiro/M. Gramins/T.Peters          Mukasey/Sklaroff/Petrillo/Klein/Spiro/
                                        Defendant's Counsel  Brown

## CRIMINAL JURY/COURT TRIAL

- [x] Jury of 12 and 3 alternates report ☐ Jury sworn.
- ☐ ☐ Juror # _____ excused ☐ Alternates excused
- ☐ Deft _____ Failed to appear. Bench warrant issued.
- [x] [x] Jury Trial held  [x] Jury Trial continued until 5/16/17 at 9:30
- ☐ ☐ Court Trial begun  ☐ Court Trial held  ☐ Court Trial continued until _____
- ☐..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Govt's motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Govt's motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Deft _____ oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Deft _____ oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ ☐ Government rests  ☐ Defendant _____ rests
- ☐ ☐ Summation held  ☐ Court's Charge to the Jury
- ☐ All full exhibits,  ☐ Indictment ☐ Information ☐ Verdict form handed to the Jury
- ☐ Jury commences deliberations at _____
- ☐ Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
- ☐ SEE ☐ page II ☐ for additional entries
- [x] Copy to: JURY CLERK with daily juror attendance sign-in sheet

## CRIMINAL JURY/COURT TRIAL (continued)

- ☐ Court declares MISTRIAL as to Defendant _____
- ☐ Jury Verdict filed
- ☐ Oral Verdict
- ☐ Court Verdict
- ☐   ☐ guilty as to Deft _____ as to counts _____
- ☐   ☐ guilty as to Deft _____ as to counts _____
- ☐   ☐ guilty as to Deft _____ as to counts _____
- ☐   ☐ guilty as to Deft _____ as to counts _____
- ☐   ☐ not guilty as to Deft _____ as to counts _____
- ☐   ☐ not guilty as to Deft _____ as to counts _____
- ☐   ☐ not guilty as to Deft _____ as to counts _____
- ☐   ☐ not guilty as to Deft _____ as to counts _____
- ☐ Court accepts verdict and orders verdict verified and recorded
- ☐ Jury polled
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Prob 246B Order for PSI & Report
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Deft _____ REMANDED to custody
- ☐ Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv.

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____