Crim-Trial (4/2/12)

HONORABLE: Robert N. Chatigny
DEPUTY CLERK Glynn, T.             RPTR/ECRO/TAPE Warner, Darlene
TOTAL TIME: 6 hours 21 minutes    USPO _____  INTERPRETER _____
DATE: 5/17/17    START TIME: 9:34    END TIME: 5:00
LUNCH RECESS   FROM: 12:27   TO: 1:32
RECESS (if more than ½ hr)   FROM: _____   TO: _____

CRIMINAL NO. 3:15cr155 RNC    Deft # 1,2,3

UNITED STATES OF AMERICA

Liam Brennan, Dave Novick, H. Cherry
AUSA

vs

R. Shapiro/M. Gramins/T.Peters

Mukasey/Sklaroff/Petrillo/Klein/Spiro
Defendant's Counsel  Brown

## CRIMINAL JURY/COURT TRIAL

- [x] Jury of 12 and 2 alternates report ☐ Jury sworn.
- [x] ☒ Juror # 10 excused ☐ Alternates excused
- ☐ Deft _____ Failed to appear. Bench warrant issued.
- [x] ☒ Jury Trial held ☒ Jury Trial continued until 5/18/17 at 9:30
- ☐ ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until _____
- ☐..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Govt's motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Govt's motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Deft _____ oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Deft _____ oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ ☐ Government rests ☐ Defendant _____ rests
- ☐ ☐ Summation held ☐ Court's Charge to the Jury
- ☐ All full exhibits, ☐ Indictment ☐ Information ☐ Verdict form handed to the Jury
- ☐ Jury commences deliberations at _____
- ☐ Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
- ☐ SEE ☐ page II ☐ for additional entries
- [x] Copy to: JURY CLERK with daily juror attendance sign-in sheet

## CRIMINAL JURY/COURT TRIAL (continued)

| | |
|---|---|
| ☐......... | Court declares MISTRIAL as to Defendant _____ |
| ☐......... | Jury Verdict filed |
| ☐......... | Oral Verdict |
| ☐......... | Court Verdict |
| ☐......... | ☐ guilty as to Deft _____ as to counts _____ |
| ☐......... | ☐ guilty as to Deft _____ as to counts _____ |
| ☐......... | ☐ guilty as to Deft _____ as to counts _____ |
| ☐......... | ☐ guilty as to Deft _____ as to counts _____ |
| ☐......... | ☐ not guilty as to Deft _____ as to counts _____ |
| ☐......... | ☐ not guilty as to Deft _____ as to counts _____ |
| ☐......... | ☐ not guilty as to Deft _____ as to counts _____ |
| ☐......... | ☐ not guilty as to Deft _____ as to counts _____ |
| ☐......... | Court accepts verdict and orders verdict verified and recorded |
| ☐......... | Jury polled |
| ☐......... | Sentencing set _____ at _____ as to Deft _____ |
| ☐......... | Sentencing set _____ at _____ as to Deft _____ |
| ☐......... | Prob 246B Order for PSI & Report |
| ☐......... | Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____ |
| ☐......... | Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____ |
| ☐......... | Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____ |
| ☐......... | Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____ |
| ☐......... | Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____ |
| ☐......... | Deft _____ REMANDED to custody |
| ☐......... | Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv. |

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____