Crim-Trial (4/2/12)

HONORABLE: Robert N. Chatigny
DEPUTY CLERK: Glynn, T.    RPTR/ECRO/TAPE: Warner, Darlene
TOTAL TIME: 6 hours 17 minutes   USPO ____   INTERPRETER ____
DATE: 5/22/17   START TIME: 9:30   END TIME: 4:54
LUNCH RECESS   FROM: 12:23   TO: 1:30
RECESS (if more than ½ hr)   FROM: ____   TO: ____

CRIMINAL NO. 3:15cr155 RNC   Deft # 1,2,3

UNITED STATES OF AMERICA

vs

R. Shapiro/M. Gramins/T. Peters

Liam Brennan, Dave Novick, H. Cherry
AUSA

Mukasey/Sklaroff/Petrillo/Klein/Spiro
Defendant's Counsel  Brown

## CRIMINAL JURY/COURT TRIAL

- [x] Jury of 12 and 2 alternates report ☐ Jury sworn.
- ☐ ☐ Juror # ____ excused ☐ Alternates excused
- ☐ Deft ____ Failed to appear. Bench warrant issued.
- [x] ☒ Jury Trial held ☒ Jury Trial continued until 5/23/17 at 9:30
- ☐ ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until ____
- ☐..# Deft ____ motion ____ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft ____ motion ____ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft ____ motion ____ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft ____ motion ____ ☐ granted ☐ denied ☐ advisement
- ☐..# Govt's motion ____ ☐ granted ☐ denied ☐ advisement
- ☐..# Govt's motion ____ ☐ granted ☐ denied ☐ advisement
- ☐ Deft ____ oral motion ____ ☐ granted ☐ denied ☐ advisement
- ☐ Deft ____ oral motion ____ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion ____ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion ____ ☐ granted ☐ denied ☐ advisement
- ☐ ____ ☐ filed
- ☐ ____ ☐ filed
- ☐ ____ ☐ filed
- ☐ ____ ☐ filed
- ☐ ____ ☐ filed
- ☐ ____ ☐ filed
- ☐ ☐ Government rests ☐ Defendant ____ rests
- ☐ ☐ Summation held ☐ Court's Charge to the Jury
- ☐ All full exhibits, ☐ Indictment ☐ Information ☐ Verdict form handed to the Jury
- ☐ Jury commences deliberations at ____
- ☐ Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
- ☐ SEE ☐ page II ☐ for additional entries
- [x] Copy to: JURY CLERK with daily juror attendance sign-in sheet

## CRIMINAL JURY/COURT TRIAL (continued)

- ☐ Court declares MISTRIAL as to Defendant _____
- ☐ Jury Verdict filed
- ☐ Oral Verdict
- ☐ Court Verdict
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ Court accepts verdict and orders verdict verified and recorded
- ☐ Jury polled
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Prob 246B Order for PSI & Report
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Deft _____ REMANDED to custody
- ☐ Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv.

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____