Crim-Trial (4/2/12)

HONORABLE: Robert N. Chatigny
DEPUTY CLERK Glynn, T.          RPTR/ECRO/TAPE Warner, Darlene
TOTAL TIME: 6 hours 11 minutes    USPO _____ INTERPRETER _____
DATE: 5/24/17    START TIME: 9:20    END TIME: 4:36
LUNCH RECESS  FROM: 12:30   TO: 1:30
RECESS (if more than ½ hr)  FROM: _____  TO: _____

CRIMINAL NO. 3:15cr155 RNC     Deft # 1,2,3

UNITED STATES OF AMERICA

Liam Brennan, Dave Novick, H. Cherry
AUSA

vs
R. Shapiro/M. Gramins/T.Peters

Mukasey/Sklaroff/Petrillo/Klein/Spiro
Defendant's Counsel  Brown

## CRIMINAL JURY/COURT TRIAL

- [x] Jury of 12 and 2 alternates report ☐ Jury sworn.
- ☐ Juror # _____ excused ☐ Alternates excused
- ☐ Deft _____ Failed to appear. Bench warrant issued.
- [x] ☒ Jury Trial held  ☒ Jury Trial continued until 5/25/17 at 9:30
- ☐ ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until _____
- [x] ..#3  91 Deft (391) Gramins Notice ~~motion~~ to preclude exhibits    ☒ granted ☒ denied ☐ advisement
- ☐ ..# ___ Deft _____ motion _____    ☐ granted ☐ denied ☐ advisement
- ☐ ..# ___ Deft _____ motion _____    ☐ granted ☐ denied ☐ advisement
- ☐ ..# ___ Deft _____ motion _____    ☐ granted ☐ denied ☐ advisement
- ☐ ..# ___ Govt's motion _____    ☐ granted ☐ denied ☐ advisement
- ☐ ..# ___ Govt's motion _____    ☐ granted ☐ denied ☐ advisement
- ☐ Deft ___ oral motion _____    ☐ granted ☐ denied ☐ advisement
- ☐ Deft ___ oral motion _____    ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____    ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____    ☐ granted ☐ denied ☐ advisement
- ☐ _____    ☐ filed
- ☐ _____    ☐ filed
- ☐ _____    ☐ filed
- ☐ _____    ☐ filed
- ☐ _____    ☐ filed
- ☐ _____    ☐ filed
- ☐ ☐ Government rests ☐ Defendant _____ rests
- ☐ ☐ Summation held ☐ Court's Charge to the Jury
- ☐ All full exhibits, ☐ Indictment ☐ Information ☐ Verdict form handed to the Jury
- ☐ Jury commences deliberations at _____
- ☐ Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
- ☐ SEE ☐ page II ☐ for additional entries
- [x] Copy to: JURY CLERK with daily juror attendance sign-in sheet

## CRIMINAL JURY/COURT TRIAL (continued)

- ☐ ......... Court declares MISTRIAL as to Defendant _____
- ☐ ......... Jury Verdict filed
- ☐ ......... Oral Verdict
- ☐ ......... Court Verdict
- ☐ ......... ☐ guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ not guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ not guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ not guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ not guilty as to Deft _____ as to counts _____
- ☐ ......... Court accepts verdict and orders verdict verified and recorded
- ☐ ......... Jury polled
- ☐ ......... Sentencing set _____ at _____ as to Deft _____
- ☐ ......... Sentencing set _____ at _____ as to Deft _____
- ☐ ......... Prob 246B Order for PSI & Report
- ☐ ......... Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ ......... Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ ......... Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____
- ☐ ......... Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ ......... Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ ......... Deft _____ REMANDED to custody
- ☐ ......... Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv.

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____