# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Guy Petrillo
Direct Dial: (212) 370-0331
Cell:          (646) 385-1479
gpetrillo@pkbllp.com

May 24, 2017

BY E-MAIL

The Honorable Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street
Hartford, CT 06103

      Re:    *United States v. Shapiro, et al.*,
             15-CR-00155 (RNC)

Dear Judge Chatigny:

      On behalf of defendant Ross Shapiro, we respectfully renew Mr. Shapiro's motion to strike the references to him contained in overt acts u. and x. of the Indictment as irrelevant and prejudicial surplusage [Dkt. 328] because the government has failed to prove any relevant conduct by Mr. Shapiro in connection with the November 22, 2013 trade (the subject of these overt acts). In addition, Mr. Shapiro moves to strike any reference to him from both the header and the body of Government Exhibit 29Z, the government's summary exhibit relating to this trade.

      The government has presented no evidence that in connection with this trade, Mr. Shapiro (i) made misrepresentations, (ii) directed others to make misrepresentations, or (iii) knew that misrepresentations were made. Rather, the evidence is that the specific utterance alleged as to Mr. Shapiro in overt acts u. and x. – which consists of the remark "80 is just a #!" in response to a comment by Joel Wollman of QVT – was made *after* the trade in question had been agreed to. In other words, to the extent the conspiracy alleged in Count One existed, the government has failed to prove that Mr. Shapiro's comments were in furtherance of the alleged conspiracy.

      The testimony of Mr. Wollman established that the comment of Mr. Shapiro that is alleged in overt act x. occurred after the trade was agreed to. According to Government Exhibit 29D, at 21:51:26, Mr. Wollman stated, "shoot over the ticket." Mr. Wollman testified that his statement "shoot over the ticket" meant "we're done, and send me the trade ticket," because he had agreed to pay 80 and 16 for the bond at issue, and had agreed to the "standard delivery period of T plus three days." Testimony of Joel Wollman (5/24/17 at 12:11:42 – 12:11:45,

Hon. Robert N. Chatigny
May 24, 2017
Page 2

16:07:51 – 16:08:06).  *See also* Testimony of Caleb Chao that "shoot over a ticket" is a term that signifies the parties have reached an agreement on the essential terms of the trade (5/23/17 at 10:34:55 – 10:34:59).  One minute later at 21:52:07, after the trade was agreed to, Mr. Shapiro joined the conversation and commented, "i [sic] have no idea what bond . . . and what sitch [sic] . . . you guys are discussing."  (5/24/17 at 16:08:34 – 16:08:54)  (Q: "And it's in that conversation that follows your indication that the trade has been agreed to that Mr. Shapiro says at 21:52:07, I have no idea what bond. Do you see that?  A. "Yes.").  Then, in the middle of some banter relating to drinking, Mr. Shapiro states, "80 is just a #!" at 21:52:35.  (5/24/17 at 16:09:28 – 16:11:24).

      Mr. Wollman's testimony also defeats the government's argument, made in opposition to Mr. Shapiro's original motion, that Mr. Shapiro's comment was an act of "lulling" in furtherance of the conspiracy.[1]  None of Mr. Wollman's testimony supports a "lulling' assertion.  There is also no testimony that Mr. Wollman considered cancelling the trade or that it did not settle in the ordinary course.[2]

      For these reasons, Mr. Shapiro respectfully renews his request that the Court strike the references to him contained in overt acts u. and x. of the Indictment and in Government Exhibit 29Z.

      Respectfully submitted,

      PETRILLO KLEIN & BOXER LLP


      By:  /s Guy Petrillo
      Guy Petrillo
      Josh Klein
      Amy Lester
      655 Third Avenue, 22nd Floor
      New York, New York 10017
      Telephone: (212) 370-0330
      Facsimile: (212) 370-0391
      *Attorneys for Ross Shapiro*


cc: All Counsel

---

[1] It is hard to imagine how Mr. Shapiro's statement could be deemed to be "lulling" Mr. Wollman or in furtherance of a continuing conspiracy when the government has elicited no testimony or introduced any other evidence indicating that the conspiracy extended beyond November 22, 2013, the date of this trade.  In fact, in opposing the Defendants' request to elicit testimony from Caleb Chao about a meeting with Ms. Cancell which Mr. Chao recalled taking place in December 2013, the government objected on the grounds that December 2013 was outside the timeframe of the charged conspiracy.  (5/23/17 at 09:48:36).

[2] About twenty minutes after Mr. Shapiro's comment, at 22:14:05, the trade ticket for the bond was issued via the Bloomberg messaging system.  Government Exhibit 29H; 5/24/17 at 12:14:13 – 12:15:20.