# Cherry, Heather (USACT)

| | |
|---|---|
| **From:** | Amy Lester <ALester@pkbllp.com> |
| **Sent:** | Wednesday, May 31, 2017 5:55 PM |
| **To:** | ; Cherry, Heather (USACT); Brennan, Liam  (USACT); Novick, David (USACT) |
| **Cc:** | Guy Petrillo; Joshua Klein; Mirah Curzer; Lenny Sandlar; clarksond@gtlaw.com; filord@gtlaw.com; olivierik@gtlaw.com; bhatiak@gtlaw.com; mukaseym@gtlaw.com; frenchmanr@gtlaw.com; sklaroffj@gtlaw.com; Aspiro@braflaw.com; brett.jaffe@alston.com; david.wohlstadter@alston.com; joe.tully@alston.com; jkirshner@braflaw.com; kim.chemerinsky@alston.com; leanne.marek@alston.com; mike.brown@alston.com |
| **Subject:** | Draft Jury Instructions, US v. Shapiro, 15-cr-155 |

Katlin,

The Defendants have a few suggested changes to the draft Jury Instructions, as indicated below.  Deletions are indicated with strikethroughs and additions with underlining:

1. Page 13: Section b. Prosecution Alone Has Burden of Proof
The law does not require a defendant <u>to testify</u>, to call witnesses, produce evidence or even cross-examine witnesses for the Government.

2. Page 20-21:  Section d. Securities Fraud – First Element
In addition, if you find that the only type of fraudulent conduct the Government has proven beyond a reasonable doubt is that the defendant made, or caused to be made, an untrue <u>material</u> statement<u>, which I will define for you later</u>, then you must be unanimous as to the particular statement the defendant made or caused to be made that was untrue.

3. Page 24: Section f. Securities Fraud – Third Element
However, a defendant cannot be convicted unless the Government proves that he engaged in conscious wrongdoing with a sufficiently culpable state of mind to <u>do something unlawful</u> ~~support a criminal conviction~~.

4. Page 40: Section h. Conspiracy Liability of the Substantive Offense
~~There is yet another method by which you may evaluate a defendant's possible guilt on substantive counts in the indictment.~~

5. Page 52-53: Uncalled Witnesses
The defense suggests adding a sentence at the end of this instruction similar to that included at the end of the Investigative Techniques instruction:
<u>You may, however, consider the fact that the Government did not call these witnesses in determining whether the Government has met its burden of proof.</u>

6. Page 57: the reference to four alternate jurors should be changed to two.

Thank you.

Amy Lester
Petrillo Klein & Boxer LLP
655 Third Avenue
22nd Floor

New York, NY 10017
main: 212-370-0330
direct: 646-930-1066
alester@pkbllp.com