Crim-Trial (4/2/12)

HONORABLE: Robert N. Chatigny
DEPUTY CLERK Glynn, T.    RPTR/ECRO/TAPE Warner, Darlene
TOTAL TIME: 2 hours 51 minutes    USPO _____ INTERPRETER _____
DATE: 6/6/17    START TIME: 9:30    END TIME: 4:20
LUNCH RECESS  FROM: _____ TO: _____
RECESS (if more than ½ hr)  FROM: _____ TO: _____
9:30-11:30; 2:31-2:44; 3:42-4:20

CRIMINAL NO. 3:15cr155 RNC    Deft # 1,2,3

UNITED STATES OF AMERICA

Liam Brennan, Dave Novick, H. Cherry
AUSA

vs
R. Shapiro/M. Gramins/T.Peters

Mukasey/Sklaroff/Petrillo/Klein/Spiro
Defendant's Counsel  Brown

## CRIMINAL JURY/COURT TRIAL

- [x] Jury of 12 and 2 alternates report ☐ Jury sworn.
- ☐ Juror # _____ excused ☐ Alternates excused
- ☐ Deft _____ Failed to appear. Bench warrant issued.
- [x] ☒ Jury Trial held ☒ Jury Trial continued until 6/7/17 at 9:30
- ☐ ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until _____
- [x] ..# Deft (419) 1, 2, 3 motion for curative instruction ☒ granted ☐ denied ☐ advisement
- ☐ ..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ ..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ ..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ ..# Govt's motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ ..# Govt's motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Deft _____ oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Deft _____ oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ ☐ Government rests ☐ Defendant _____ rests
- [x] ☐ Summation held ☒ Court's Charge to the Jury
- [x] All full exhibits, ☒ Indictment ☐ Information ☒ Verdict form handed to the Jury
- [x] Jury commences deliberations at 12:15pm
- [x] Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
- ☐ SEE ☐ page II ☐ for additional entries
- [x] Copy to: JURY CLERK with daily juror attendance sign-in sheet

## CRIMINAL JURY/COURT TRIAL (continued)

- ☐ Court declares MISTRIAL as to Defendant _____
- ☐ Jury Verdict filed
- ☐ Oral Verdict
- ☐ Court Verdict
- ☐   ☐ guilty as to Deft _____ as to counts _____
- ☐   ☐ guilty as to Deft _____ as to counts _____
- ☐   ☐ guilty as to Deft _____ as to counts _____
- ☐   ☐ guilty as to Deft _____ as to counts _____
- ☐   ☐ not guilty as to Deft _____ as to counts _____
- ☐   ☐ not guilty as to Deft _____ as to counts _____
- ☐   ☐ not guilty as to Deft _____ as to counts _____
- ☐   ☐ not guilty as to Deft _____ as to counts _____
- ☐ Court accepts verdict and orders verdict verified and recorded
- ☐ Jury polled
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Prob 246B Order for PSI & Report
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Deft _____ REMANDED to custody
- ☐ Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv.

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____