# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Guy Petrillo
Direct Dial: (212) 370-0331
Cell:            (646) 385-1479
gpetrillo@pkbllp.com

June 6, 2017

BY E-MAIL

The Honorable Robert N. Chatigny
United States District Court
District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street
Hartford, CT 06103

Re:   *United States v. Shapiro, et al.*, 15-CR-00155 (RNC)

Dear Judge Chatigny:

On behalf of defendants Ross Shapiro, Michael Gramins, and Tyler Peters, we write respectfully to suggest that the Court respond to the note of the Jury requesting Government and Defense exhibits for the JPALT 2007-A2 2A1, PPSI 2004-WWF1 M3, AAA 2005-1A 1A3B, and WAMU 2007-HY3 4A1 trades as follows:

> Thank you for your note. By way of response, I instruct you as follows:
>
> As jurors you should consider all of the trial evidence including testimony and exhibits and stipulations. The Court will make all evidence available for your review, and you may request that testimony be read back to you.
>
> The evidence relating to the four trades you inquired about consists of testimony and exhibits. You have asked about tabs in the exhibit binders, and I believe it will be more useful to list exhibit numbers for you. In doing this, I again emphasize that all of the evidence should be considered together, including documents and testimony elicited in the direct and cross examinations of witnesses who may have testified about these trades and how the market and counterparties operated at the time of these trades.

Hon. Robert N. Chatigny
June 6, 2017
Page 2

For the JPALT 2007-A2 2A1 trade, exhibits include:

    GX 22A through GX 22J
    DX 6
    DX 176
    DX 181
    DX 298
    DX 902
    DX 1118

For the PPSI 2004-WWF1 M3 trade, exhibits include:

    GX 26A through GX 26H
    GX 26J through GX 26Q
    DX 22
    DX 25
    DX 26
    DX 29
    DX 1142
    DX 1143
    DX 1759
    DX 1761
    DX 1762
    DX 1763
    DX 1767

For the AAA 2005-1A 1A3B trade, exhibits include:

    GX 25A through GX 25J
    DX 873
    DX 1141
    DX 1144
    DX 1145
    DX 1766

For the WAMU 2007-HY3 4A1 trade, exhibits include:

    GX 12A
    GX 12E through GX 12L

Please give no consideration to which party offered the exhibit in evidence. The exhibits are not "government" exhibits or "defense" exhibits. Neither party has a claim on any exhibit.

I remind you that the defense has no burden whatsoever to present evidence.

Hon. Robert N. Chatigny
June 6, 2017
Page 3

I further remind you that it is the government's burden to prove each and every element of each charged offense beyond a reasonable doubt.

Respectfully submitted,

PETRILLO KLEIN & BOXER LLP

By: /s/ Guy Petrillo
Guy Petrillo (CT19924)
Joshua Klein (PHV07748)
Amy Lester (PHV08919)
655 Third Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 370-0330
Facsimile: (212) 370-0391
gpetrillo@pkbllp.com
*Attorneys for Ross Shapiro*

GREENBERG TRAURIG LLP

By: /s/ Marc L. Mukasey
Marc L. Mukasey (PHV07694)
Jeffrey B. Sklaroff (PHV08423)
Greenberg Traurig LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
mukaseym@gtlaw.com
*Attorneys for Michael Gramins*

ALSTON & BIRD LLP

By: /s/ Brett D. Jaffe
Brett D. Jaffe (PHV07701)
Michael Brown (PHV08372)
Joseph G. Tully (PHV07702)
90 Park Avenue, 15th Floor
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Brett.Jaffe@alston.com
*Attorneys for Tyler Peters*

Hon. Robert N. Chatigny
June 6, 2017
Page 4

                                                     BRAFMAN & ASSOCIATES, P.C.

                                                     By: /s/ Alex Spiro
                                                     Alex Spiro, Esq. (PHV08071)
                                                     767 Third Avenue, 26th Floor
                                                     New York, NY 10017
                                                     Telephone: (212) 750-7800
                                                     Facsimile: (617) 755-4555
                                                     aspiro@braflaw.com
                                                     *Attorney for Tyler Peters*

cc: All Counsel

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 6, 2017, a copy of foregoing letter was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: Hartford, CT
         June 6, 2017

                                        /s/ Leonid Sandlar
                                        Leonid Sandlar (PHV07700)
                                        655 Third Avenue, 22nd Floor
                                        New York, New York 10017
                                        Telephone: (212) 370-0330
                                        Facsimile: (212) 370-0391
                                        lsandlar@pkbllp.com