Crim-Trial (4/2/12)

HONORABLE: Robert N. Chatigny
DEPUTY CLERK Glynn, T.   RPTR/ECRO/TAPE Warner, Darlene
TOTAL TIME: 1 hours 32 minutes   USPO _____ INTERPRETER _____
DATE: 6/7/17   START TIME: 10:00   END TIME: 5:34
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____
10:00-10:58 ;   5:00-5:34

CRIMINAL NO. 3:15cr155 RNC   Deft # 1,2,3

UNITED STATES OF AMERICA

Liam Brennan, Dave Novick, H. Cherry
AUSA

vs

R. Shapiro/M. Gramins/T.Peters

Mukasey/Sklaroff/Petrillo/Klein/Spiro
Defendant's Counsel   Brown

## CRIMINAL JURY/COURT TRIAL

- [x] Jury of 12 and 2 alternates report ☐ Jury sworn.
- [ ] ☐ Juror # _____ excused ☐ Alternates excused
- [ ] Deft _____ Failed to appear. Bench warrant issued.
- [x] ☒ Jury Trial held ☒ Jury Trial continued until 6/8/17 at 9:30
- [ ] ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until _____
- [ ] ..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] ..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] ..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] ..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] ..# Govt's motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] ..# Govt's motion _____ ☐granted ☐ denied ☐ advisement
- [ ] Deft _____ oral motion _____ ☐granted ☐ denied ☐ advisement
- [ ] Deft _____ oral motion _____ ☐granted ☐ denied ☐ advisement
- [ ] Govt's oral motion _____ ☐granted ☐ denied ☐advisement
- [ ] Govt's oral motion _____ ☐granted ☐ denied ☐ advisement
- [ ] _____ ☐ filed
- [ ] _____ ☐ filed
- [ ] _____ ☐ filed
- [ ] _____ ☐ filed
- [ ] _____ ☐ filed
- [ ] _____ ☐ filed
- [ ] ☐ Government rests ☐ Defendant _____ rests
- [ ] ☐ Summation held ☐ Court's Charge to the Jury
- [ ] All full exhibits, ☐ Indictment ☐ Information ☐ Verdict form handed to the Jury
- [x] Jury commences deliberations at 9:30 a.m.
- [x] Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
- [x] SEE ☒ page II ☒ for additional entries
- [x] Copy to: JURY CLERK with daily juror attendance sign-in sheet

## CRIMINAL JURY/COURT TRIAL (continued)

- ☐ Court declares MISTRIAL as to Defendant _____
- ☐ Jury Verdict filed
- ☐ Oral Verdict
- ☐ Court Verdict
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ Court accepts verdict and orders verdict verified and recorded
- ☐ Jury polled
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Prob 246B Order for PSI & Report
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Deft _____ REMANDED to custody
- ☐ Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv.

## MISCELLANEOUS PROCEEDINGS

Canvass of Juror.