UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 15-cr-00155 (RNC) |
| | : | |
| ROSS SHAPIRO, | : | |
| MICHAEL GRAMINS and | : | |
| TYLER PETERS | : | |
| | : | JUNE 27, 2017 |

# MOTION FOR A JUDGMENT OF ACQUITTAL PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 29(c)(1), OR ALTERNATIVELY, FOR A NEW TRIAL, PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 33(a)

Defendants Ross Shapiro and Michael Gramins respectfully renew their prior joint motion for a judgment of acquittal filed pursuant to Fed. R. Crim. P. 29(a) on May 30, 2017, and hereby move this Court for an Order:

1. As to each Defendant, for a judgment of acquittal as to Count One of the Indictment pursuant to Fed. R. Crim. P. 29(c)(1); or, alternatively, as to Defendant Gramins, for a new trial as to Count One of the Indictment pursuant to Fed. R. Crim. P. 33(a);

2. As to Defendant Gramins, for a judgment of acquittal as to Counts Three and Nine of the Indictment pursuant to Fed. R. Crim. P. 29(c)(1); and

3. Granting any other relief the Court deems just and proper.

The parties have discussed a briefing schedule for the submission of supporting memoranda of law by each of the Defendants, an opposition brief by the government, and reply briefs by each of the Defendants, which will be transmitted to the Court under separate cover.

**ORAL ARGUMENT REQUESTED**

WHEREFORE, for the reasons outlined in the forthcoming memoranda of law, Defendants Shapiro and Gramins respectfully request that the Court grant their respective motions for a judgment of acquittal, or alternatively, as to Defendant Gramins, for a new trial, and other relief.

Respectfully submitted,

PETRILLO KLEIN & BOXER LLP

By: /s/ Guy Petrillo
Guy Petrillo (CT19924)
Joshua Klein (PHV07748)
Amy Lester (PHV08919)
655 Third Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 370-0330
Facsimile: (212) 370-0391
gpetrillo@pkbllp.com
*Attorneys for Ross Shapiro*

GREENBERG TRAURIG LLP

By: /s/ Marc L. Mukasey
Marc L. Mukasey (PHV07694)
Jeffrey B. Sklaroff (PHV08423)
Greenberg Traurig LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
mukaseym@gtlaw.com
*Attorneys for Michael Gramins*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2017 a copy of the foregoing Motion for a Judgment of Acquittal Pursuant to Federal Rule of Criminal Procedure 29(c)(1), or, alternatively, for a New Trial Pursuant to Federal Rule of Criminal Procedure 33(a) was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
       June 27, 2017

                                                /s/ Amy Lester
                                                Amy Lester (PHV08919)
                                                655 Third Avenue, 22nd Floor
                                                New York, New York 10017
                                                Telephone: (212) 370-0330
                                                Facsimile: (212) 370-0391
                                                alester@pkbllp.com