UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



2017 JUL -6 P 2: 21

US DISTRICT COURT

UNITED STATES OF AMERICA

v.

ROSS SHAPIRO and
MICHAEL GRAMINS

No. 15-cr-00155 (RNC)

## PROPOSED SCHEDULING ORDER

The Court hereby ORDERS the following schedule for the filing of post-trial motions and any re-trial of this matter:

| | |
|---|---|
| Defendants' post-trial Rule 29 and Rule 33 motions | August 28, 2017 |
| Government's response to post-trial motions | October 6, 2017 |
| Defendants' reply to Government's response to post-trial motions | October 20, 2017 |
| Re-trial, if necessary | January 29, 2018 |

The Court further ORDERS that the time from the date of this Order through January 29, 2018 shall be excluded from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), in the interests of justice for the reasons set forth in the Defendants' unopposed motion.

SO ORDERED.

/s/ Robert N. Chatigny
HON. ROBERT N. CHATIGNY
UNITED STATES DISTRICT JUDGE

7/6/17
DATE