# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:15CR155 (RNC) |
| | : | |
| v. | : | |
| | : | |
| ROSS SHAPIRO, | : | |
| MICHAEL GRAMINS, and | : | |
| TYLER PETERS | : | July 18, 2017 |

### GOVERNMENT'S MOTION TO DISMISS CHARGES AGAINST TYLER PETERS CONTAINED IN THE INDICTMENT, SUPERSEDING INDICTMENT AND SECOND SUPERSEDING INDICTMENT

Pursuant to a request from the Court and consistent with the jury's verdict on the charges contained in the Third Superseding Indictment in the above-captioned case, the Government respectfully moves to dismiss all charges contained in the Indictment, Superseding Indictment and Second Superseding Indictment with respect to Tyler Peters. The Government makes no motion as to the other two defendants in this matter.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

_____/s/_____
LIAM BRENNAN
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT27924

HEATHER CHERRY
DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEYS

U.S. Attorney's Office
157 Church Street
New Haven, CT 06510
(203) 821-3835
Liam.Brennan3@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

          /s/
LIAM BRENNAN
ASSISTANT UNITED STATES ATTORNEY