UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>ROSS SHAPIRO and<br>MICHAEL GRAMINS,<br><br>                Defendants. | No. 15-cr-00155 (RNC)<br><br>August 21, 2017 |

## DEFENDANT MICHAEL GRAMINS' MOTION FOR PERMISSION TO FILE AN OVERSIZED BRIEF

Defendant Michael Gramins respectfully moves, pursuant to Local Civil Rule 7(a)(5),[1] for an order granting permission to file an oversized Memorandum of Law in support of his Motion for a Judgment of Acquittal Pursuant to Rule 29 of the Federal Rules of Criminal Procedure or, Alternatively, for a New Trial Pursuant to Rule 33 of the Federal Rules of Criminal Procedure (the "Memorandum of Law").  Mr. Gramins requests permission to file a brief of no more than sixty pages, exclusive of pages containing a table of contents, table of statutes, rules or the like.

Trial in this matter commenced May 8, 2017 and lasted fifteen days.  The government called nine witnesses, whose testimony spans the 3,201-page trial transcript, and the parties introduced a total of 333 exhibits.  Following seven days of deliberations, on June 15, 2017, the jury returned a guilty verdict as to Mr. Gramins on Count One and acquitted him on Counts Two, Four, Five, Six, Seven, and Eight.  The jury was unable to reach a verdict as to Mr. Gramins on Counts Three and Nine.  The jury acquitted Tyler Peters on all nine counts, and acquitted Ross Shapiro on all counts except for Count One, as to which the jury was unable to reach a verdict.

---

[1] The forty-page limit for Memorandum of Law provided by Local Civil Rule 7(a)(5) does not appear in the Local Criminal Rules.  Nevertheless, in an abundance of caution, and to alert the Court to the anticipated length of the Memorandum, we are moving under the relevant Local Civil Rule.

Prior to trial, the government filed five, and the defense filed six, motions *in limine* that together impacted the scope of the trial and raised issues that Mr. Gramins will address in his post-trial motion.

Mr. Gramins' motion will raise complex factual and legal issues that require a discussion of the extensive trial record, including the lengthy transcript and many of the exhibits received into evidence, the Court's rulings on certain evidentiary issues and the law related to the multiple federal criminal statutes that were charged in the Indictment.  The forty-page limit provided by Local Civil Rule 7(a)(5) will unduly restrict counsel's ability to discuss these issues with the level of analysis they require under the circumstances of this case.  Accordingly, Mr. Gramins seeks to file a Memorandum of Law not to exceed sixty pages.

The Memorandum of Law is currently due on Monday, August 28, 2017.  This is Mr. Gramins' first request for enlargement of the applicable page limitation.  Counsel for Mr. Gramins contacted the government to obtain consent for this motion, but was unable to reach the government to obtain consent.

For these reasons, Mr. Gramins respectfully requests an order granting permission to file a Memorandum of Law in support of his Motion for a Judgment of Acquittal Pursuant to Rule 29 of the Federal Rules of Criminal Procedure or, Alternatively, for a New Trial Pursuant to Rule 33 of the Federal Rules of Criminal Procedure of no more than sixty pages, exclusive of pages containing a table of contents, table of statutes, rules or the like.

    Respectfully submitted,

    GREENBERG TRAURIG LLP

By:  /s/ Marc L. Mukasey
    Marc L. Mukasey (CT29885)
    Jeffrey B. Sklaroff (PHV08423)
    Robert S. Frenchman (PHV08424)
    200 Park Avenue
    New York, NY 10166
    Telephone: (212) 801-9200
    Facsimile: (212) 801-6400
    Email: mukaseym@gtlaw.com
    *Attorneys for Michael Gramins*

## CERTIFICATION OF SERVICE

I hereby certify that on August 21, 2017, a copy of the foregoing Motion for Permission To File An Oversized Brief was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
August 21, 2017

      /s/ Marc L. Mukasey
Marc L. Mukasey (CT29885)
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: mukaseym@gtlaw.com