UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | No. 15-cr-00155 (RNC) |
| | : | |
| ROSS SHAPIRO and | : | |
| MICHAEL GRAMINS | : | |
| | : | AUGUST 23, 2017 |
| | : | |

**ROSS SHAPIRO'S UNOPPOSED MOTION FOR LEAVE
TO FILE BRIEF IN EXCESS OF FORTY PAGES**

Defendant Ross Shapiro hereby respectfully seeks leave to file a Memorandum of Law up to ten pages greater in length than the forty-page limit provided for in the Local Rules, and, by and through counsel, in support of the requested relief states as follows:

1. Pursuant to Rule 7(a)(5) of the Local Rules of Civil Procedure, Mr. Shapiro's Memorandum in Support of Post-Trial Motion for Judgment of Acquittal Pursuant to Federal Rule of Criminal Procedure 29(c) "shall not exceed forty . . . pages."[1]

2. Jury selection in this case commenced on May 3, 2017, and a verdict was returned on June 15, 2017. The jury acquitted Mr. Shapiro on eight of the Indictment's nine counts and did not return a verdict on one count, Count One, charging conspiracy to violate the wire fraud and securities fraud statutes.

3. The trial record includes the testimony of nine witnesses concerning 16 distinct trades, more than 300 admitted exhibits, and a transcript of more than 3,000 pages.

---

[1] The forty-page limit provided by Local Civil Rule 7(a)(5) does not appear in the Local Criminal Rules. *See, e.g.*, Rule 1(c) of the Local Rules of Criminal Procedure (incorporating Local Civil Rules 7(a)(1)-(2) but not Rule 7(a)(5)). In an abundance of caution, we nevertheless move under Local Civil Rule 7(a)(5).

4. This case raises complex factual and legal issues involving questions of criminal intent and materiality. Mr. Shapiro will endeavor to condense his memorandum of law within the forty-page limitation required by Local Civil Rule 7(a)(5), but to address adequately the relevant issues, may require up to an additional ten pages.

5. We have consulted with counsel for the United States who have consented to the relief requested herein.

WHEREFORE, Mr. Shapiro respectfully seeks leave to file a Memorandum of Law that exceeds the forty-page limit by up to ten pages.

Respectfully submitted,

PETRILLO KLEIN & BOXER LLP

By: /s/ Guy Petrillo
    Guy Petrillo (CT19924)
    Joshua Klein (PHV07748)
    Amy Lester (PHV08919)
    655 Third Avenue, 22nd Floor
    New York, New York 10017
    Telephone: (212) 370-0330
    Facsimile: (315) 873-2015
    *Attorneys for Ross Shapiro*

## **CERTIFICATION OF SERVICE**

I hereby certify that on August 23, 2017, a copy of foregoing Unopposed Motion for Leave to File Brief in Excess of Forty Pages was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
August 23, 2017

    /s/ Leonid Sandlar
Leonid Sandlar (PHV07700)
655 Third Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 370-0330
Facsimile: (315) 873-2015
lsandlar@pkbllp.com