Crim-Mot hrg (Dec-2008)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK Glynn, T.                    RPTR/ECRO/TAPE Warner, D.

TOTAL TIME: 2 hours 56 minutes    USPO _____ INTERPRETER _____

DATE: 11/8/17    START TIME: 2:04    END TIME: 5:00

LUNCH RECESS  FROM: _____ TO: _____

RECESS (if more than ½ hr)  FROM: _____ TO: _____

CRIMINAL NO. 15cr155 RNC        Deft # 1

UNITED STATES OF AMERICA

vs

Ross Shapiro, Michael Gramins

Dave Novick/Heather Cherry/Liam Brennan

AUSA

Petrillo/Lester/Joshua Klein/Marc Mukasey/J.Sklaroff

Defendant's Counsel ☐ CJA ☒ Retained ☐ PDA

## HEARING ON CRIMINAL MOTIONS

☒......# 400  Deft Shapiro, Gramins  Motion to Dismiss  ☐granted ☐denied ☒advisement
☒......# 401  Deft Shapiro,Gramins  Motion for Acquittal  ☐ granted ☐denied ☒advisement
☒......# 403  Deft Shapiro, Gramins  Motion for Acquittal  ☐ granted ☐denied ☒advisement
☒......# 440  Deft Shapiro, Gramins  Motion for Acquittal  ☐ granted ☐denied ☒advisement
☐......# ___  Deft_____  Motion_____  ☐ granted ☐denied ☐advisement
☐......# ___  Deft_____  Motion_____  ☐ granted ☐denied ☐advisement
☐......# ___  Deft_____  Motion_____  ☐ granted ☐denied ☐advisement
☐......# ___  Deft_____  Motion_____  ☐ granted ☐denied ☐advisement
☐......# ___  Deft_____  Motion_____  ☐ granted ☐denied ☐advisement
☐......# ___  Govt's motion _____  ☐granted ☐denied ☐advisement
☐......# ___  Govt's motion _____  ☐granted ☐denied ☐advisement
☐......# ___  Govt's motion _____  ☐granted ☐denied ☐advisement
☐......# ___  Govt's motion _____  ☐granted ☐denied ☐advisement
☐......# ___  Deft_____ oral motion_____  ☐ granted ☐denied ☐advisement
☐......# ___  Deft_____ oral motion_____  ☐ granted ☐denied ☐advisement
☐......# ___  Deft_____ oral motion_____  ☐ granted ☐denied ☐advisement
☐......# ___  Govt's oral motion _____  ☐ granted ☐ denied ☐advisement
☐......# ___  Govt's oral motion _____  ☐ granted ☐ denied ☐advisement
☐..............  Brief(s) due _____ Response(s) due _____  Replies due _____
☐..............  Bond ☐ set at $_____ ☐ reduced to $_____  ☐ Non-surety ☐ Surety ☐ PR
☐..............  Bond ☐ revoked ☐ reinstated ☐ continued ☐modified
☐..............  Defendant REMANDED to custody
☐..............  Competency Hearing ☐ held ☐ continued until _____ at _____
☐..............  _____hearing continued until _____ at _____
☐..............  Court finds defendant _____ ☐ competent ☐ incompetent
☐..............  Court orders defendant _____ to undergo psychiatric evaluation
☐..............  Motion Hearing continued until _____ at _____
☐..............  SEE PAGE II for additional entries

## DOCUMENTS FILED IN OPEN COURT

☐ ..............  _____  ☐ filed ☐ docketed
☐ ..............  _____  ☐ filed ☐ docketed
☐ ..............  _____  ☐ filed ☐ docketed
☐ ..............  _____  ☐ filed ☐ docketed
☐ ..............  _____  ☐ filed ☐ docketed
☐ ..............  _____  ☐ filed ☐ docketed
☐ ..............  _____  ☐ filed ☐ docketed
☐ ..............  _____  ☐ filed ☐ docketed
☐ ..............  _____  ☐ filed ☐ docketed
☐ ..............  _____  ☐ filed ☐ docketed
☐ ..............  _____  ☐ filed ☐ docketed
☐ ..............  _____  ☐ filed ☐ docketed
☐ ..............  _____  ☐ filed ☐ docketed
☐ ..............  _____  ☐ filed ☐ docketed
☐ ..............  _____  ☐ filed ☐ docketed
☐ ..............  _____  ☐ filed ☐ docketed
☐ ..............  _____  ☐ filed ☐ docketed
☐ ..............  _____  ☐ filed ☐ docketed

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____